# Exhibit A



### *Blair County, Pennsylvania*

### Prothonotary

Log Off

© 2013 *INFOCON CORPORATION*, All Rights Reserved

9/21/2017 - 0:21 PM

| Functions |
|-----------|
| ENTER |
| DONE |
| EXIT |
| E-MAIL |
| BACK |

**Prothonotary - Inquiry - Dockets Entries**

| | |
|---|---|
| Case No: **2017-02477** | Filed Date/Time: **09/11/2017**    **3:20** |
| Case Type: **CONTRACT - OTHER** | |
| Caption: **PROFESSIONAL INC (vs) KEMPER INDEPENDENCE INSURANCE** | |

Position to Date: 00/00/0000    Position to Page: [ ] of    1

| Sel | Date | Description | Pages | Img |
|-----|------|-------------|-------|-----|
| | 09/11/2017 | COMPLAINT IN CIVIL ACTION FILED BY ATTY NAUGLE | | |
| Bottom | | | | |

# FORR, STOKAN, HUFF, KORMANSKI & NAUGLE

ATTORNEYS AT LAW
1701 FIFTH AVENUE
ALTOONA, PA 16602-2319
TELEPHONE: (814) 946-4316
FAX: (814) 946-9426

**Partners:**
R. THOMAS FORR, JR.
WILLIAM J. STOKAN
JAMES R. HUFF, II
TRACI L. NAUGLE

JOHN F. SULLIVAN (1932-2014)
JOEL M. KORMANSKI (1962-2011)

**Associates:**
MARY ANN PROBST
GREGORY S. OLSAVICK
DONALD J. BYRNES

September 11, 2017

Kemper Independence Insurance Company
12926 Gran Bay Parkway West
Jacksonville, FL 32258

   Re:  Professional, Inc. d/b/a Professionals Auto Body v.
      Kemper Independence Insurance Company
      Docket No. 2017 GN 2477

To Whom It May Concern:

   Please find enclosed a copy of the Complaint filed in the above-captioned matter with the Blair County Prothonotary. Pursuant to the Pennsylvania Rules of Civil Procedure this constitutes service upon your company of the same. You should contact an attorney immediately to discuss any relevant deadlines for response.

   Thank you for your attention to this matter.

         Sincerely,

         Traci L. Naugle, Esquire



# Supreme Court of Pennsylvania
## Court of Common Pleas
## Civil Cover Sheet

_____ BLAIR _____ County

| For Prothonotary Use Only: | |
|---|---|
| Docket No:<br>2017 GN 2477 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

**Commencement of Action:**
- ☒ Complaint
- ☐ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name:<br>Proffesional, Inc. | Lead Defendant's Name:<br>Kemper Independence Insurance Company |
|---|---|

| **Are money damages requested?** ☒ Yes ☐ No | Dollar Amount Requested:<br>(check one) ☐ within arbitration limits<br>☒ outside arbitration limits |
|---|---|

| **Is this a *Class Action Suit*?** ☐ Yes ☒ No | **Is this an *MDJ Appeal*?** ☐ Yes ☒ No |
|---|---|

Name of Plaintiff/Appellant's Attorney:  Traci L. Naugle, Esq.

☐ **Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)**

**SECTION B**

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability *(does not include mass tort)*
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other
  _____
  _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
  _____
- ☒ Other:
  Breach of Contract/
  Quantum Meruit

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other
  _____
  _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

*Updated 1/1/2011*

IN THE COURT OF COMMON PLEAS OF BLAIR COUNTY, PENNSYLVANIA

PROFESSIONAL, INC. d/b/a,　　　　　　　　:
PROFESSIONALS AUTO BODY　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　VS.　　　　　　　　　　　　　　　　: NO.　2017 GN _____
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
KEMPER INDEPENDENCE INSURANCE COMPANY, : CIVIL ACTION - LAW
　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　: JURY TRIAL DEMANDED

## NOTICE

　　　　　You have been sued in Court.　If you wish to defend against the claims set forth in the following pages, you must take action within **TWENTY (20) DAYS** after this **COMPLAINT** and **NOTICE** are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you.　You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the **COMPLAINT** or for any other claim or relief requested by the Plaintiff.　You may lose money or property or other rights important to you.

　　　　　**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.　IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.　THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.**

　　　　　**IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

　　　　　MIDPENN LEGAL SERVICES, INC.
　　　　　205 Lakemont Park Boulevard, Lakemont
　　　　　　　　　Altoona, PA 16602
　　　　　　　　　1-800-326-9177

　　　　　　　　　　　　　　_Traci L. Naugle_

　　　　　　　　　　　　　　Traci L. Naugle, Esquire
　　　　　　　　　　　　　　Forr, Stokan, Huff, Kormanski & Naugle
　　　　　　　　　　　　　　Attorneys at Law
　　　　　　　　　　　　　　1701 Fifth Avenue
　　　　　　　　　　　　　　Altoona, Pa.　16602
　　　　　　　　　　　　　　(814) 946-4316
　　　　　　　　　　　　　　State I.D. #92819

FILED
2017 SEP 11 P 3: 20
CLERK OF ORPHANS COURT
PROTHONOTARY
CLERK OF COURTS
CAROL A. NEWMAN
BLAIR COUNTY, PA

IN THE COURT OF COMMON PLEAS OF BLAIR COUNTY, PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC. d/b/a,<br>PROFESSIONALS AUTO BODY | : <br> : <br> : |
| Plaintiff | : <br> : |
| VS. | : NO. 2017 GN _____ <br> : <br> : |
| KEMPER INDEPENDENCE INSURANCE COMPANY, | : <br> : CIVIL ACTION - LAW |
| Defendant | : JURY TRIAL DEMANDED |

## **COMPLAINT**

TO THE HONORABLE, THE JUDGES OF SAID COURT:

AND NOW, to wit, comes the Plaintiff, PROFESSIONAL, INC. d/b/a PROFESSIONALS AUTO BODY (hereinafter "Professionals"), who by and through its counsel, FORR, STOKAN, HUFF, KORMANSKI & NAUGLE, ESQUIRE, does hereby file this COMPLAINT against the above named Defendant averring as follows:

1.

Plaintiff, Professional, Inc., d/b/a Professionals Auto Body, is a corporation incorporated pursuant to the laws of the Commonwealth of Pennsylvania with a principal place of business located at 1109 Plank Road, Duncansville, Blair County, Pennsylvania.

2.

Defendant, Kemper Independence Insurance Company, is an insurance company registered to do business with the Pennsylvania Insurance Department with a Pennsylvania address of 12926 Gran Bay Parkway West, Jacksonville, Florida 32258.

3.

Plaintiff, Professionals, is an automobile body repair shop with locations in the Duncansville and Altoona areas.

4.

Defendant is an insurance company licensed to and does actually provide automobile insurance coverage for automobile owners in the Commonwealth of Pennsylvania.

5.

In the Commonwealth of Pennsylvania, the right of the owner of a damaged automobile to choose a repair shop is preserved by Pennsylvania law at 63 P.S. §861.

6.

At various times between September, 2013 up through the date of this filing, individuals insured by Defendant have brought their automobiles to the plaintiff's auto body repair shop for repairs that were to be covered pursuant to each insurance policy whether the policy was by and between the owner of the automobile or a policy with the liable third party.

7.

The many automobile owners hereinafter referenced did select Professional to make repairs to their damaged automobiles and provided a written authorization to Professionals to perform those repairs reasonable and necessary for the vehicles to be brought back into their pre-loss condition.

8.

Each individual automobile owner did also execute an assignment of proceeds authorizing Professionals to recover any unpaid amount for services rendered and repairs made by plaintiff, Professionals, pursuant to their request and authorization of each automobile owner.

9.

Defendant has failed to make payment to Professionals for services provided therefore

has a collective sum due and owing to Professionals in the amount no less than $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97.

10.

Despite numerous requests made by Professionals to Defendant, Defendant has indicated that it will not be paying the full sum due and owing for parts, labor, repairs made and other services rendered by Professionals to each individual automobile owner.

11.

Due to the refusal of Defendant to make payment of the full sum due and owing to Professionals for services provided relative to each automobile owner Professionals has been greatly damaged by the loss of income, need to utilize additional administrative resources to obtain any payment, delay in repair cycles and the provision of parts and services for which it was never properly compensated by the various insurers.

12.

Over a period of years, Defendant has engaged in intentional, ongoing and concerting courses of conduct in order to improperly and illegally control and depress the costs of automobile repairs, which has all been to the detriment of Plaintiff and the substantial benefit of Defendant.

13.

Plaintiff has been put in the untenable position of having to provide all necessary repair services in order to bring each damaged vehicle back to its pre-loss condition without ever receiving full reimbursement for the labor and costs involved in making those necessary repairs, which has resulted in Plaintiff regularly making repairs without compensation and to its own financial detriment.

14.

Attached to this Complaint as Exhibit "A" are documents relating to each individual

automobile owner whose cost of repairs was not fully paid by Defendant as indicated and averred in the foregoing paragraphs.

15.

For example but not by way of limitation, automobile owner Aaron Yaudes brought his 2008 Suzuki SX4 to Professionals for repair services in October 2013.

16.

William Moyer's vehicle was insured by Defendant.

17.

After an inspection of the damage to the vehicle, Defendant did elect for repairs to be performed rather than to replace the vehicle as a total loss.

18.

Professionals did utilize a licensed appraiser at its facility to review all damage, determine necessary repair procedures and prepare a repair estimate, which was then submitted to Defendant.

19.

Despite numerous requests and attempts to obtain full reimbursement for all parts and labor invested in repair of the vehicle pursuant to vehicle owner's authorization and election to repair made by the insurer Professionals remains unpaid for the full sum of parts, labor and other supplies invested in the repair in the amount of $703.44, plus delay damages in the amount of $7,674.67, plus Administrative Costs in the amount of $501.20.

20.

Aaron Yaudes did sign an assignment of proceeds and authorization for repairs in order to permit and direct that Professionals would pursue this deficiency due and owing to it.

21.

Aaron Yaudes is just one example of such practices by Defendant. A complete list of the instances giving rise to this Complaint is attached as Exhibit A.

## COUNT I – QUANTUM MERUIT

22.

Plaintiff hereby incorporates by reference all of the foregoing paragraphs by reference as if again fully set forth.

23.

Plaintiff is in the business of repairing damaged automobiles to their pre-loss condition.

24.

Relative to each transaction attached hereto Plaintiff was contacted by the customer and then, pursuant to the customer's authorization, expended significant costs in the sense of labor and materials to the benefit of Defendant and Defendant's claimant or insured.

25.

In each of the attached transactions, the Defendant is required by either contract or tort law to provide payment on behalf of each claimant for all repairs and services rendered.

26.

While the Plaintiff has provided full and complete information with regard to each necessary repair and transaction, Defendant has repeatedly failed and/or refused to provide full payment for all of the services and materials rendered to each automobile owner.

27.

Defendant has failed and/or refused to fully reimburse Plaintiff for all of the costs involved with making repairs to each automobile for which Defendant was required to make payment for such repairs.

28.

Defendant's refusal to fully reimburse Plaintiff for the repairs provided has unjustly enriched Defendant and each transaction by the sum of the difference between what is due to Plaintiff and what Defendant independently determined and unilaterally determined it would.

29.

Defendant is aware that a significant benefit has been received by it from its refusal to pay the full amount for repair of each vehicle, and the bottom line of Defendant has been increased by each refusal to pay the full sum due and owing for the proper repairs that were completed for each vehicle.

30.

As a result of the actions, failures and/or omissions of Defendant, Plaintiff suffered additional damages in the form of delay time cost and administrative costs for each instance.

31.

Said delay time costs and administrative costs were part of and required in the reasonable and necessary repairs to each vehicle to restore the vehicle to its pre-loss condition and to the satisfaction of the owner of the vehicle.

32.

Defendant continues to retain all benefits despite objection of the Plaintiff.

**WHEREFORE,** Plaintiff respectfully requests this Honorable enter an Order requiring Defendant to make the Plaintiff whole for all labor and materials expended that have benefited Defendant which sum would be approximately $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97, and to enter any further Order this Honorable Court may deem just and proper to

compensate Plaintiff for benefits wrongfully retained by Defendant.

## **COUNT II – UNJUST ENRICHMENT**

33.

Plaintiff hereby incorporates all of the foregoing paragraphs by reference as if each paragraph was again fully set forth.

34.

The repairs made by Plaintiff to each vehicle have benefited Defendant in that the repairs necessary for each vehicle to be put back to its pre-loss condition and to the satisfaction of the owner of the vehicle, which repairs Defendant was responsible to pay for, has satisfied an obligation owing from Defendant to either its own policy holder or to an individual who is damaged by one of its policy holders.

35.

The satisfaction of that repair obligation is a significant benefit conferred upon Defendant, which benefit was provided by Plaintiff.

36.

While each repair was fully and completely made to a great benefit of Defendant, Defendant failed to pay the full cost necessary for the repairs as set forth in the attached Exhibits.

37.

Despite numerous requests being made by Plaintiff for full and complete payment of all repair costs, Defendant has failed and/or refused to remit full reimbursement to Plaintiff for the necessary repairs to each vehicle.

38.

By accepting the full and complete repairs to each vehicle while refusing to make full payment for all costs of every necessary repair, Defendant has received a significant benefit for which

it has not paid but has rather retained sums of money properly due and owing to Plaintiff as consideration for the repairs performed.

39.

In each transaction, Defendant has made a partial payment and thus only partially performed its duty to pay.

40.

As a result of the actions, failures and/or omissions of Defendant, Plaintiff suffered additional damages in the form of delay time cost and administrative costs for each instance.

41.

Said delay time costs and administrative costs were part of and required in the reasonable and necessary repairs to each vehicle to restore the vehicle to its pre-loss condition and to the satisfaction of the owner of the vehicle.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter an Order requiring Defendant to pay damages in the amount of $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97, and to enter any other Order as may be deemed just and proper.

**COUNT III – BREACH OF CONTRACT**

42.

Plaintiff hereby incorporates all of the foregoing paragraphs by reference as if each paragraph was again fully set forth.

43.

In each of the attached transactions, Defendant has represented that it did have an

obligation to pay and did partially perform its duty to make payment by making a partial payment relative to all repairs rendered.

44.

In each of the attached instances, Defendant has failed/refused to pay the full amount due to Plaintiff as each amount due is what was required in order to fully and properly make the necessary and reasonable repairs to the vehicle.

45.

It is clear from each partial payment that Defendant was in agreement that repairs had to be made to each vehicle and that it would be obligated to make payments for such repairs.

46.

Plaintiff is now seeking complete performance by Defendant who has failed and/or refused to make payment in full and by this action is seeking the deficiency owed relative to each individual transaction as attached hereto.

47.

Failure and/or refusal of Defendant to pay the full and complete costs of repairs does constitute a breach of the agreement whereby Plaintiff completed repairs to each vehicle with the understanding that payment in full would be received.

48.

As a result of the actions, failures and/or omissions of Defendant, Plaintiff suffered additional damages in the form of delay time cost and administrative costs for each instance.

49.

Said delay time costs and administrative costs were part of and required in the reasonable and necessary repairs to each vehicle to restore the vehicle to its pre-loss condition and to the satisfaction of the owner of the vehicle.

50.

By Defendant's failure and/or refusal to make payment in full, Plaintiff has now been damaged in the sum of $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter an Order requiring Defendant to pay damages in the amount of $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97 and to otherwise enter an Order providing for any and all such other relief that this Honorable Court may deem just and proper.

## COUNT IV – BAD FAITH

51.

Plaintiff hereby incorporates all of the foregoing paragraphs by reference as if each paragraph was again fully set forth.

52.

By failing and refusing to make full and proper payment for all necessary and proper repairs made to each vehicle in order to put the same into its pre-loss condition, Defendant has violated the Pennsylvania Motor Vehicle Damage Appraisers Act and/or various regulations relating to the same.

53.

Defendant has failed to fully and properly evaluate each claim in order to make the full and proper payment due to Plaintiff for repairs made to each vehicle.

54.

The failure and/or refusal of Defendant to fully and properly inspect and make full and proper payment for the repairs necessary to each vehicle has caused continuous and ongoing damages relative to the proceeds of each policy due and owing to Plaintiff.

55.

The violation of those duties owed by Defendant relative to each claim whether by virtue of the policy/contract were pursuant to statutory obligation is a clear demonstration of bad faith pursuant to Pennsylvania law.

56.

Defendant is therefore liable for those bad faith remedies available to Plaintiff by virtue of 42 Pa. C.S.A. § 8371, including but not limited to attorney's fees and punitive damages.

57.

As a result of the actions, failures and/or omissions of Defendant, Plaintiff suffered additional damages in the form of delay time cost and administrative costs for each instance.

58.

Said delay time costs and administrative costs were part of and required in the reasonable and necessary repairs to each vehicle to restore the vehicle to its pre-loss condition and to the satisfaction of the owner of the vehicle.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter an Order finding that Defendant has acted in bad faith with regard to each of the attached transactions and order payment of all attorney's fees and punitive damages and any other such relief that this Honorable Court may deem just and proper.

## COUNT V – INTENTIONAL INTERFERENCE WITH BUSINESS

59.

Plaintiff hereby incorporates all the foregoing paragraphs by references as if each paragraph was again fully set forth.

60.

Plaintiff had a contract with each of the vehicle owners to repair each to satisfaction of the owner by putting the same into its pre-loss condition and to perform all reasonable and necessary repairs to the vehicle to accomplish that directive.

61.

Defendant purposefully and intentionally interfered with that contractual relationship by failing and/or refusing to pay for all reasonable and necessary repairs.

62.

Moreover, Defendant attempted to direct Plaintiff to utilize inferior parts and/or to perform inferior service, which would have prevented Plaintiff from fully performing its duties under the attached contracts.

63.

Defendant lacked privilege or justification for such interference.

64.

Despite Defendant's intentional interference, Plaintiff still completed the terms of its contract with each vehicle owner by performing all reasonable and necessary repairs to place the vehicles in their pre-loss condition.

65.

Plaintiff suffered harm in that it has not received full compensation from Defendant for the reasonable and necessary repairs to each vehicle.

66.

Defendant's conduct has created delays in repair of each vehicle, resulting in Plaintiff's loss of business and incurrence of potential liability for the storage of each vehicle.

67.

Defendant's conduct was unreasonable, intentional, and malicious under the circumstances.

68.

As a result of the actions, failures and/or omissions of Defendant, Plaintiff suffered additional damages in the form of delay time cost and administrative costs for each instance.

69.

Said delay time costs and administrative costs were part of and required in the reasonable and necessary repairs to each vehicle to restore the vehicle to its pre-loss condition and to the satisfaction of the owner of the vehicle.

**WHEREFORE,** Plaintiff respectfully requests this Honorable enter an Order compensating Plaintiff for the loss from Defendant's interference in its business which sum would be approximately $5,240.99, together with the delay time costs of $51,474.98, together with the administrative costs of $2,709.00 for a total amount of no less than $59,424.97, and to enter any further Order this Honorable Court may deem just and proper to compensate Plaintiff for intentional interference by Defendant.

And Plaintiff shall ever pray.

Respectfully Submitted,
Forr, Stokan, Huff, Kormanski & Naugle

By: _____
Traci L. Naugle, Esquire
Attorneys for Plaintiff
State I.D. #92819
1701 Fifth Avenue
Altoona, PA 16602
(814) 946-4316
(814) 946-9426 (fax)

Exhibit A

## ASSIGNMENT OF PROCEEDS

_Tina Hughes_ , hereinafter "Customer," has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _Kemper_ , hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _9 84.95_ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this _14_ day of _August_, 20_15_ A.D.

CUSTOMER: _____

PROFESSIONALS AUTO BODY: _____

DATE: _8/14/15_



**AUTO BODY**
COLLISION REPAIR SPECIALISTS

Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do the repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professionals Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this _24_ day of ___July___ 2018

X _Dino Goytree 7-25-15_



## Insured's Notification of Repairs or Supplement

**Appraisers Name:** _Bill Kowell_

**Insurance Company:** _Leopa_

**Claim number:** _C844771 PAIR_

**Vehicle owner:** _Tim Hughs_

**Request number:**

**Date and time of request:**

Please be advised that the above referenced vehicle has been brought to our facility for damage repairs. We have received authorization from our customer, the consumer, to complete the required repairs. Enclosed please find a copy of the listed damage repairs or supplement that are to be undertaken on this vehicle. It is our professional and expert opinion that these listed repairs are required to return this vehicle to pre-loss condition, to the best of human ability. Please submit a check to the consumer immediately for these required repairs. Failure to repair each and every one of these items may result in flaws, defects, loss in market value, and potential safety hazards to the consumer.

Under the insurance policies issued in this state, the policyholder is required to give the insurance company the opportunity to inspect the required repairs before they commence. Please consider this contact to be the official notification to the insurer to inspect the consumers' vehicle and its required repairs within 6 days for initial inspection and a reasonable time for supplements, a reasonable time would not exceed 12 hours (business hours). Removal of damaged parts and repairs will commence immediately following an authorization by the customer, with or without inspection by the insurance company, so as to not unduly delay the repair. No changes in repair strategy will be permitted unless authorized by the customer. It should also be noted that the insurer has no legal right to authorize or prohibit the repairs of any vehicle. The insurer's only responsibility is to pay for the required repairs.

Any delays in the repair of the automobile, caused by the insurer, will immediately force the repair facility to implement storage charges of $ 75 per day outside and $425 per day inside in a work stall $125 in disassembly (may be adjusted); if a vehicle is being delayed while it's on a machine the amount will increase to $600 a day (may be adjusted) until the insurance delay is terminated and all paperwork is submitted to the customer and PAB. Any paperwork "admin time" will be charged as necessary for supplement items that should have been paid for and noted on the original inspections. The outside fee will apply if vehicle is completed and sitting out front waiting for final paperwork.

In addition, it will be the responsibility of the insurance company to inform the consumer, in writing, of all repairs listed on the professional expert's damage report "Professionals Auto Body" that the insurer feels should not be

repaired. **A written explanation, along with supporting documentation, should be provided by the insurance company, to the consumer, for each deleted operation.**

Govern yourselves accordingly.

### § 859. Penalties

Any person who violates any of the provisions of the Pa. act is guilty of a misdemeanor and upon conviction thereof, for each offense, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or to undergo imprisonment not exceeding one year, or both.

### § 860. Rules and regulations

Because an appraiser is charged with a high degree of regard for the public safety, the operational safety of the
vehicle shall be paramount in considering the specification of new parts. This consideration is vitally important
where the parts involved pertain to the drive train, steering gear, suspension units, brake system or tires.

No appraiser shall secure or use repair estimates that have been obtained by the use of photographs, telephone
calls or in any manner other than a personal inspection.

*No appraiser or his employer shall require that repairs be made in any specified repair shop.*
*Every appraiser shall promptly reinspect damaged vehicles prior to the repairs in question when supplementary*
*allowances are requested by repair shops and the amount or extent of damages is in dispute.*

**Every appraiser shall:**

(1) Conduct themselves in such a manner as to inspire public confidence by fair and honorable dealings.
(2) Approach the appraisal of damaged property without prejudice against, or favoritism toward, any party involved
in order to make fair and impartial appraisals.
(3) Disregard any efforts on the part of others to influence his judgment in the interest of the parties involved.
(4) Prepare an independent appraisal of damage.
(5) Inspect a vehicle within six working days of assignment to

21

X _____
    Customer



**Damage Report Authorization**
**Disassemble & Diagnose**

Name: _Tiny Hughes_

Home & Cell Phone numbers: ( ) 814 381-4574

Year: _2004_    Color: _Sey_    Make: _Chrysler_    Model: _____

Email Address (used only for repair communications & Information): _____

---

### Who is responsible to you for reimbursement for the cost of repairs? (Please check)

My Insurance: _✓_ Their Insurance: ____ Paying out of pocket: ____ Deductible (if any): ____

Insurance Co: _Erie_    Adjuster: _____ Claim #: _C644771 PA15_

- I do hereby authorize Professionals Auto Body to Disassemble and prepare a damage report to my automobile. I acknowledge that this report is only preliminary and not binding on either party without executing a separate contract of repair with Professionals Auto Body. Furthermore, I understand that additional costs/damage may be discovered after the vehicle has been disassembled. I agree to pay all costs associated in making this damage report including but not limited to, disassembly, storage, inspections, photo documentation, damage analysis, diagnosis, estimating and other necessary charges.

  - I agree to hold Professionals Auto Body harmless if I choose to rely upon this damage report to negotiate and/or settle any property claim for damage to my automobile.

  - I understand that Professionals Auto Body cannot legally negotiate my repairs with anyone except me, the vehicle owner/undersigned. As such, I am responsible for negotiating/settling my property claim with any third party which may be responsible to me.

  - I understand that I cannot transfer the title of the vehicle without insuring the repair bill is paid in full, including all associated costs if my vehicle is determined to be a total loss. (see wall chart for storage charges or total loss form)

**Examples of associated costs are (not a full listing) help handling claim, phone calls, Admin costs, parts procurement, towing, moving of vehicle, securing and hazard waste and debris clean up, NADA evaluation.**

### So we may know your expectations, please select the level of repair you desire (choose one):

_X_ I want my vehicle repaired to the best of your ability using original manufacturer parts and high quality materials.

____ I want my vehicle safely repaired but some non-OEM" knockoffs, junk yard parts and lower quality materials may be used.

____ I want the cheapest repair possible. This option is for cosmetic repairs ONLY. **
     ** NOTE: THE INSURER AND ITS PREFFERED SHOP MAY ONLY GIVE YOU THE 3RD OPTION.

Signature: X _Tina Hughes_    Date: _7/27/15_
By my signature I have thoroughly read, understand and agree to the aforementioned.

# PROFESSIONALS AUTO BODY, INC._CF



1109 PLANK ROAD, DUNCANSVILLE, PA 16635
Phone: (814) 696-8466
FAX: (814) 696-8567

## Preliminary Supplement 5 Summary

**Customer: HUGHES, TINA**

Written By: Robert Brickner, 135145

| | | | |
|---|---|---|---|
| Insured: | HUGHES, TINA | Policy #: | Claim #: C044771PA1501 |
| Type of Loss: | | Date of Loss: | Days to Repair: 0 |
| Point of Impact: | 06 Rear | | |

**Owner:**
HUGHES, TINA
310 WORDWORTH
ALTOONA, PA 16602
(814) 381-4574 Day

**Inspection Location:**
PROFESSIONALS AUTO BODY, INC._CF
1109 PLANK ROAD
DUNCANSVILLE, PA 16635
Repair Facility
(814) 696-8466 Business

**Insurance Company:**
KEMPER PREFERRED

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2004 | Body Style: | 4D UTV | VIN: | 1J4GW48S54C266560 | Mileage In: | 95239 |
| Make: | JEEP | Engine: | 6-4.0L-FI | License: | ESC1210 | Mileage Out: | |
| Model: | GRAND CHEROKEE 4X4 LAREDO | Production Date: | | State: | PA | Vehicle Out: | |
| Color: | silver Int: gray | Condition: | Fair | Job #: | | | |

**TRANSMISSION**
Automatic Transmission
Overdrive
4 Wheel Drive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Power Driver Seat

**DECOR**
Dual Mirrors
Body Side Moldings
Privacy Glass
Console/Storage
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Window Wiper

**RADIO**
AM Radio
FM Radio
Stereo
CD Player
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
**ROOF**

Luggage/Roof Rack
**SEATS**
Cloth Seats
Bucket Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint

**Customer: HUGHES, TINA**

Vehicle: 2004 JEEP GRAND CHEROKEE 4X4 LAREDO 4D UTV 6-4.0L-FI silver

### SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | |
| 50 | # | S04 | Supplemental PROCESS Fee | | 1 | | | |
| 51 | # | S05 | Supplemental PROCESS Fee | | 1 | 90.00 | | |
| **Deleted Items** | | | | | | | | |
| 52 | # | S04 | DIFFERENCE body Labor Hours | | 1 | | -4.3 | |
| 53 | # | S04 | DIFFERENCE Paint Labor Hours | | 1 | | | 2.3 |
| 54 | # | S04 | DIFFERENCE Frame Labor Hours | | 1 | | -2.0 F | |
| 55 | # | S04 | DIFFERENCE Parts & Materials | | 1 | 26.75 | | |
| | | | | **SUBTOTALS** | | 116.75 | -6.3 | 2.3 |

### RATE CHANGES

| | | | | | | | | | | |
|--|--|--|--|--|--|--|--|--|--|--|
| Body Labor | (S02) | 1.6 hrs | @ | $ 20.00 /hr | ( 50.00 | to | 70.00 ) | = | 32.00 |
| Body Labor | (Est) | 24.5 hrs | @ | $ 20.00 /hr | ( 50.00 | to | 70.00 ) | = | 490.00 |
| Body Labor | (S04) | 4.3 hrs | @ | $ 20.00 /hr | ( 50.00 | to | 70.00 ) | = | 86.00 |
| Paint Labor | (Est) | 14.7 hrs | @ | $ 20.00 /hr | ( 50.00 | to | 70.00 ) | = | 294.00 |
| Paint Labor | (S04) | -2.3 hrs | @ | $ 20.00 /hr | ( 50.00 | to | 70.00 ) | = | -46.00 |
| Frame Labor | (S04) | 2.0 hrs | @ | $ 28.00 /hr | ( 50.00 | to | 78.00 ) | = | 56.00 |
| Body Supplies | (Est) | 10.5 hrs | @ | $ 0.50 /hr | ( 0.00 | to | 0.50 ) | = | 5.25 |
| Paint Supplies | (Est) | 14.7 hrs | @ | $ 8.00 /hr | ( 32.00 | to | 40.00 ) | = | 117.60 |
| Paint Supplies | (S04) | -2.3 hrs | @ | $ 8.00 /hr | ( 32.00 | to | 40.00 ) | = | -18.40 |

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 116.75 |
| Frame Labor | -2.0 hrs | @ | $ 78.00 /hr | -156.00 |
| Additional Supplement Labor | | | | 772.00 |
| Additional Supplement Materials/Supplies | | | | 196.45 |
| Subtotal | | | | 929.20 |
| Sales Tax | $ 929.20 | @ | 6.0000 % | 55.75 |
| **Total Supplement Amount** | | | | **984.95** |
| **NET COST OF SUPPLEMENT** | | | | **984.95** |

**Customer: HUGHES, TINA**

Vehicle: 2004 JEEP GRAND CHEROKEE 4X4 LAREDO 4D UTV 6-4.0L-FI silver

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 4,423.89 | Robert Brickner |
| Supplement S01 | -2,577.48 | Guest Guest |
| Supplement S02 | 1,652.76 | Guest Guest |
| Supplement S03 | -98.66 | Guest Guest |
| Supplement S04 | 172.78 | Guest Guest |
| Supplement S05 | 984.95 | Guest Guest |

| | | |
|---|---|---|
| **Job Total:** | $ | **4,558.24** |
| **CUSTOMER PAY:** | $ | **500.00** |
| **INSURANCE PAY:** | $ | **4,058.24** |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN A/M=AFTERMARKET BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION. COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER. THERE IS NO REQUIREMENT THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED, THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED. INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE, DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

## ASSIGNMENT OF PROCEEDS

_Bonnie Morgon_, hereinafter "Customer," has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _Kemper_, hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _4448³_ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this _____28_____ day of _____August_____, 20_15_ A.D.

CUSTOMER: x _Bonnie Magean_

PROFESSIONALS AUTO BODY: _____

DATE: _8/28/15_



**AUTO BODY**
COLLISION REPAIR SPECIALISTS

Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do the repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professionals Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this ___4___ day of
~~Aug~~ 201 5

X _Bonnie Magan_ 8/4/15



## Insured's Notification of Repairs or Supplement

**Appraisers Name:** _William Korell_

**Insurance Company:** _Kemper_

**Claim number:** _C02565 Z PA1501_

**Vehicle owner:** _Bonnie Morgan_

**Request number:**

**Date and time of request:**

Please be advised that the above referenced vehicle has been brought to our facility for damage repairs. We have received authorization from our customer, the consumer, to complete the required repairs. Enclosed please find a copy of the listed damage repairs or supplement that are to be undertaken on this vehicle. It is our professional and expert opinion that these listed repairs are required to return this vehicle to pre-loss condition, to the best of human ability. Please submit a check to the consumer immediately for these required repairs. Failure to repair each and every one of these items may result in flaws, defects, loss in market value, and potential safety hazards to the consumer.

Under the insurance policies issued in this state, the policyholder is required to give the insurance company the opportunity to inspect the required repairs before they commence. Please consider this contact to be the official notification to the insurer to inspect the consumers' vehicle and its required repairs within 6 days for initial inspection and a reasonable time for supplements, a reasonable time would not exceed 12 hours (business hours). Removal of damaged parts and repairs will commence immediately following an authorization by the customer, with or without inspection by the insurance company, so as to not unduly delay the repair. No changes in repair strategy will be permitted unless authorized by the customer. It should also be noted that the insurer has no legal right to authorize or prohibit the repairs of any vehicle. The insurer's only responsibility is to pay for the required repairs.

Any delays in the repair of the automobile, caused by the insurer, will immediately force the repair facility to implement storage charges of $ 75 per day outside and $425 per day inside in a work stall $125 in disassembly (may be adjusted); if a vehicle is being delayed while it's on a machine the amount will increase to $600 a day (may be adjusted) until the insurance delay is terminated and all paperwork is submitted to the customer and PAB. Any paperwork "admin time" will be charged as necessary for supplement items that should have been paid for and noted on the original inspections. The outside fee will apply if vehicle is completed and sitting out front waiting for final paperwork.

In addition, it will be the responsibility of the insurance company to inform the consumer, in writing, of all repairs listed on the professional expert's damage report "Professionals Auto Body" that the insurer feels should not be

repaired. **A written explanation, along with supporting documentation, should be provided by the insurance company, to the consumer, for each deleted operation.**

Govern yourselves accordingly.

### § 859. Penalties

Any person who violates any of the provisions of the Pa. act is guilty of a misdemeanor and upon conviction thereof, for each offense, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or to undergo imprisonment not exceeding one year, or both.

### § 860. Rules and regulations

Because an appraiser is charged with a high degree of regard for the public safety, the operational safety of the
vehicle shall be paramount in considering the specification of new parts. This consideration is vitally important
where the parts involved pertain to the drive train, steering gear, suspension units, brake system or tires.

No appraiser shall secure or use repair estimates that have been obtained by the use of photographs, telephone
calls or in any manner other than a personal inspection.

*No appraiser or his employer shall require that repairs be made in any specified repair shop.*
*Every appraiser shall promptly reinspect damaged vehicles prior to the repairs in question when supplementary*
*allowances are requested by repair shops and the amount or extent of damages is in dispute.*

**Every appraiser shall:**

(1) Conduct themselves in such a manner as to inspire public confidence by fair and honorable dealings.
(2) Approach the appraisal of damaged property without prejudice against, or favoritism toward, any party involved
in order to make fair and impartial appraisals.
(3) Disregard any efforts on the part of others to influence his judgment in the interest of the parties involved.
(4) Prepare an independent appraisal of damage.
(5) Inspect a vehicle within six working days of assignment to

21

X _____
Customer


**Collision Repair Specialists**

## Damage Report Authorization
### Disassemble & Diagnose

Name: _Bunnie Morgan_

Year: _2011_ Color: _Ivy_ Make: _Camry_ Model: _Camry_

Home & Cell Phone numbers: ( ) _814 691-7979_

Email Address (used only for repair communications & information)

### Who is responsible to you for reimbursement for the cost of repairs? (Please check)

My Insurance: ____ Their Insurance: _✓_ Paying out of pocket: ____ Deductible (if any): _0_

Insurance Co: _Kemper_ Adjuster: _Bill Kovell_ Claim #: _C 02565-2/A/50/_

- I do hereby authorize Professionals Auto Body to Disassemble and prepare a damage report to my automobile. I acknowledge that this report is only preliminary and not binding on either party without executing a separate contract of repair with Professionals Auto Body. Furthermore, I understand that additional costs/damage may be discovered after the vehicle has been disassembled. I agree to pay all costs associated in making this damage report including but not limited to, disassembly, storage, inspections, photo documentation, damage analysis, diagnosis, estimating and other necessary charges.

  - I agree to hold Professionals Auto Body harmless if I choose to rely upon this damage report to negotiate and/or settle any property claim for damage to my automobile.

  - I understand that Professionals Auto Body cannot legally negotiate my repairs with anyone except me, the vehicle owner/undersigned. As such, I am responsible for negotiating/settling my property claim with any third party which may be responsible to me.

  - I understand that I cannot transfer the title of the vehicle without insuring the repair bill is paid in full, including all associated costs if my vehicle is determined to be a total loss. (see wall chart for storage charges or total loss form)

Examples of associated costs are (not a full listing) help handling claim, phone calls, Admin costs, parts procurement, towing, moving of vehicle, securing and hazard waste and debris clean up, NADA evaluation.

### So we may know your expectations, please select the level of repair you desire (choose one):

_✓_ I want my vehicle repaired to the best of your ability using original manufacturer parts and high quality materials.

____ I want my vehicle safely repaired but some non-OEM" knockoffs, junk yard parts and lower quality materials may be used.

____ I want the cheapest repair possible. This option is for cosmetic repairs ONLY. **

** NOTE: THE INSURER AND ITS PREFFERED SHOP MAY ONLY GIVE YOU THE 3RD OPTION.

Signature: _Bennie Morgan_ Date: _1/17/15_

By my signature I have thoroughly read, understand and agree to the aforementioned.



# PROFESSIONALS AUTO BODY, INC._CF

1109 PLANK ROAD, DUNCANSVILLE, PA 16635
Phone: (814) 696-8466
FAX: (814) 696-8567

## Preliminary Supplement 3 Summary

**Customer: MORGAN, BONNIE**

Written By: Guest Guest

| | | | | | |
|---|---|---|---|---|---|
| Insured: | MORGAN, BONNIE | Policy #: | | Claim #: | C025652PA1501 |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | 12 Front | | | | |

**Owner:**
MORGAN, BONNIE
109 BEDFORD STREET
HOLIDAYSBURG, PA 16648
(814) 937-2439 Cell
(841) 696-7979 Day

**Inspection Location:**
PROFESSIONALS AUTO BODY, INC._CF
1109 PLANK ROAD
DUNCANSVILLE, PA 16635
Repair Facility
(814) 696-8466 Business

**Insurance Company:**
KEMPER PREFERRED

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2011 | Body Style: | 4D SED | VIN: | 4T1BF3EK4BU593677 | Mileage In: | 75939 |
| Make: | TOYO | Engine: | 4-2.5L-FI | License: | DWC8615 | Mileage Out: | |
| Model: | CAMRY LE | Production Date: | 3/2010 | State: | PA | Vehicle Out: | |
| Color: | blue Int: gray | Condition: | Good | Job #: | | | |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | Console/Storage | AM Radio | **SEATS** |
| Overdrive | Overhead Console | FM Radio | Cloth Seats |
| 6 Speed Transmission | **CONVENIENCE** | Stereo | Bucket Seats |
| **POWER** | Air Conditioning | Search/Seek | **WHEELS** |
| Power Steering | Intermittent Wipers | CD Player | Wheel Covers |
| Power Brakes | Tilt Wheel | Auxiliary Audio Connection | **PAINT** |
| Power Windows | Cruise Control | **SAFETY** | Clear Coat Paint |
| Power Locks | Rear Defogger | Drivers Side Air Bag | **OTHER** |
| Power Mirrors | Keyless Entry | Passenger Air Bag | Traction Control |
| Power Driver Seat | Message Center | Anti-Lock Brakes (4) | Stability Control |
| **DECOR** | Steering Wheel Touch Controls | 4 Wheel Disc Brakes | Power Trunk/Gate Release |
| Dual Mirrors | Telescopic Wheel | Front Side Impact Air Bags | |
| Tinted Glass | **RADIO** | Head/Curtain Air Bags | |

**Customer: MORGAN, BONNIE**

Vehicle: 2011 TOYO CAMRY LE 4D SED 4-2.5L-FI blue

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Deleted Items** | | | | | | | | |
| 28 | # | S02 | DIFFERENCE body Labor Hours | | 1 | | 0.1 | |
| 29 | # | S02 | DIFFERENCE Paint Labor Hours | | 1 | | | 2.7 |
| 30 | # | S02 | DIFFERENCE Parts & Materials | | 1 | -184.35 | | |
| **Added Items** | | | | | | | | |
| 28 | # | S03 | Supplemental PROCESS Fee | | 1 | 25.00 | | |
| | | | **SUBTOTALS** | | | **-159.35** | **0.1** | **2.7** |

## RATE CHANGES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Body Labor | (Est) | 5.4 hrs | @ | $ 22.00 /hr | ( 48.00 | to | 70.00 ) = | 118.80 |
| Body Labor | (S02) | 0.3 hrs | @ | $ 22.00 /hr | ( 48.00 | to | 70.00 ) = | 6.60 |
| Paint Labor | (Est) | 7.1 hrs | @ | $ 22.00 /hr | ( 48.00 | to | 70.00 ) = | 156.20 |
| Paint Labor | (S02) | -2.7 hrs | @ | $ 22.00 /hr | ( 48.00 | to | 70.00 ) = | -59.40 |
| Paint Supplies | (Est) | 7.1 hrs | @ | $ 12.00 /hr | ( 28.00 | to | 40.00 ) = | 85.20 |
| Paint Supplies | (S02) | -2.7 hrs | @ | $ 12.00 /hr | ( 28.00 | to | 40.00 ) = | -32.40 |

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | -159.35 |
| Body Labor | 0.1 hrs | @ | $ 70.00 /hr | 7.00 |
| Additional Supplement Labor | | | | 411.20 |
| Additional Supplement Materials/Supplies | | | | 160.80 |
| Subtotal | | | | 419.65 |
| Sales Tax | $ 419.65 | @ | 6.0000 % | 25.18 |
| **Total Supplement Amount** | | | | **444.83** |
| **NET COST OF SUPPLEMENT** | | | | **444.83** |

**Customer: MORGAN, BONNIE**

Vehicle: 2011 TOYO CAMRY LE 4D SED 4-2.5L-FI blue

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---:|---|
| Estimate | 2,021.94 | Robert Brickner |
| Supplement S01 | -1,104.93 | Robert Brickner |
| Supplement S02 | 624.11 | Guest Guest |
| Supplement S03 | 444.83 | Guest Guest |
| **Job Total:** | $ 1,985.95 | |
| **INSURANCE PAY:** | $ 1,985.95 | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN A/M=AFTERMARKET BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION. COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER. THERE IS NO REQUIREMENT THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED, THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED. INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE, DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

## ASSIGNMENT OF PROCEEDS

_Ralph Cornelius_, hereinafter "Customer." has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _Kemper_. hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle. and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _1040.41_ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative. valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this _____18th_____ day of _____MARCH_____, 20 _15_ A.D.

CUSTOMER: _____

PROFESSIONALS AUTO BODY:_____

DATE:_____



**AUTO BODY**
**COLLISION REPAIR SPECIALISTS**

## Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do the repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professionals Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this _16_ day of
_Feb 2015_

X _____ X _2/16/15_



**Insured's Notification of Repairs or Supplement**

Appraisers Name: *Larry Heckman*

Insurance Company: *Unitrin*

Claim number: *C 0 0 8 8 5 3 P A 1 5*

Vehicle owner: *Ralph Cornelius*

Request number:

Date and time of request:

Please be advised that the above referenced vehicle has been brought to our facility for damage repairs. We have received authorization from our customer, the consumer, to complete the required repairs. Enclosed please find a copy of the listed damage repairs or supplement that are to be undertaken on this vehicle. It is our professional and expert opinion that these listed repairs are required to return this vehicle to pre-loss condition, to the best of human ability. Please submit a check to the consumer immediately for these required repairs. Failure to repair each and every one of these items may result in flaws, defects, loss in market value, and potential safety hazards to the consumer.

Under the insurance policies issued in this state, the policyholder is required to give the insurance company the opportunity to inspect the required repairs before they commence. Please consider this contact to be the official notification to the insurer to inspect the consumers' vehicle and its required repairs within 6 days for initial inspection and a reasonable time for supplements, a reasonable time would not exceed 12 hours (business hours). Removal of damaged parts and repairs will commence immediately following an authorization by the customer, with or without inspection by the insurance company, so as to not unduly delay the repair. No changes in repair strategy will be permitted unless authorized by the customer. It should also be noted that the insurer has no legal right to authorize or prohibit the repairs of any vehicle. The insurer's only responsibility is to pay for the required repairs.

Any delays in the repair of the automobile, caused by the insurer, will immediately force the repair facility to implement storage charges of $ 75 per day outside and $425 per day inside in a work stall $125 in disassembly (may be adjusted); if a vehicle is being delayed while it's on a machine the amount will increase to $600 a day (may be adjusted) until the insurance delay is terminated and all paperwork is submitted to the customer and PAB. Any paperwork "admin time" will be charged as necessary for supplement items that should have been paid for and noted on the original inspections. The outside fee will apply if vehicle is completed and sitting out front waiting for final paperwork.

In addition, it will be the responsibility of the insurance company to inform the consumer, in writing, of all repairs listed on the professional expert's damage report "Professionals Auto Body" that the insurer feels should not be

repaired. A written explanation, along with supporting documentation, should be provided by the insurance company, to the consumer, for each deleted operation.

Govern yourselves accordingly.

### §-859. Penalties

Any person who violates any of the provisions of the Pa. act is guilty of a misdemeanor and upon conviction thereof, for each offense, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or to undergo imprisonment not exceeding one year, or both.

### § 860. Rules and regulations

Because an appraiser is charged with a high degree of regard for the public safety, the operational safety of the
vehicle shall be paramount in considering the specification of new parts. This consideration is vitally important
where the parts involved pertain to the drive train, steering gear, suspension units, brake system or tires.

No appraiser shall secure or use repair estimates that have been obtained by the use of photographs, telephone
calls or in any manner other than a personal inspection.

*__No appraiser or his employer shall require that repairs be made in any specified repair shop.__*
*__Every appraiser shall promptly reinspect damaged vehicles prior to the repairs in question when supplementary__*
*__allowances are requested by repair shops and the amount or extent of damages is in dispute.__*

**Every appraiser shall:**

> (1) Conduct themselves in such a manner as to inspire public confidence by fair and honorable dealings.
> (2) Approach the appraisal of damaged property without prejudice against, or favoritism toward, any party involved
> in order to make fair and impartial appraisals.
> (3) Disregard any efforts on the part of others to influence his judgment in the interest of the parties involved.
> (4) Prepare an independent appraisal of damage.
> (5) Inspect a vehicle within six working days of assignment to

21    X _____
             Customer



**AUTO BODY**
**Collision Repair Specialists**

# Damage Report Authorization
## Disassemble & Diagnose

_Ralph Cornelius_

**Name**

_2013_     _I-hy_     _Planting_

**Year**   **Color**   **Make**   **Model**

( ) _814 351-1395_

**Home & Cell Phone numbers**

**Email Address** (used only for repair communications & information)

---

### Who is responsible to you for reimbursement for the cost of repairs? (Please check)

My Insurance: _____ Their Insurance: _✓_ Paying out of pocket: _____ Deductible (if any):_____

Insurance Co:_ _Unitrin_ _Adjuster:_____ Claim #: _COURT538.415_

- I do hereby authorize Professionals Auto Body to Disassemble and prepare a damage report to my automobile. I acknowledge that this report is only preliminary and not binding on either party without executing a separate contract of repair with Professionals Auto Body. Furthermore, I understand that additional costs/damage may be discovered after the vehicle has been disassembled. I agree to pay all costs associated in making this damage report including but not limited to, disassembly, storage, inspections, photo documentation, damage analysis, diagnosis, estimating and other necessary charges.

- I agree to hold Professionals Auto Body harmless if I choose to rely upon this damage report to negotiate and/or settle any property claim for damage to my automobile.

- I understand that Professionals Auto Body cannot legally negotiate my repairs with anyone except me, the vehicle owner/undersigned. As such, I am responsible for negotiating/settling my property claim with any third party which may be responsible to me.

- I understand that I cannot transfer the title of the vehicle without insuring the repair bill is paid in full, including all associated costs if my vehicle is determined to be a total loss. **(see wall chart for storage charges or total loss form)**

**Examples of associated costs are (not a full listing) help handling claim, phone calls, Admin costs, parts procurement, towing, moving of vehicle, securing and hazard waste and debris clean up, NADA evaluation.**

### So we may know your expectations, please select the level of repair you desire (choose one):

_RCC_ I want my vehicle repaired to the best of your ability using original manufacturer parts and high quality materials.

_____ I want my vehicle safely repaired but some non-OEM" knockoffs, junk yard parts and lower quality materials may be used.

_____ I want the cheapest repair possible. This option is for cosmetic repairs ONLY. **

**\*\* NOTE: THE INSURER AND ITS PREFFERED SHOP MAY ONLY GIVE YOU THE 3RD OPTION.**

**Signature:** _X_____ **Date:** _2/16/15_

By my signature I have thoroughly read, understand and agree to the aforementioned.

*Unpaid By Insurance*

# PROFESSIONALS AUTO BODY, INC._CF

1109 PLANK ROAD, DUNCANSVILLE, PA 16635
Phone: (814) 696-8466
FAX: (814) 696-8567

## Preliminary Supplement 4 Summary

## Customer: CORNELIUS, RALPH

Written By: Guest Guest

| | | |
|---|---|---|
| Insured: CORNELIUS, RALPH | Policy #: | Claim #: C008853PA15 |
| Type of Loss: | Date of Loss: | Days to Repair: 0 |
| Point of Impact: 06 Rear | | |

**Owner:**
CORNELIUS, RALPH
408 N 10TH AVENUE
ALTOONA, PA 16601
(814) 381-1395 Cell

**Inspection Location:**
PROFESSIONALS AUTO BODY, INC._CF
1109 PLANK ROAD
DUNCANSVILLE, PA 16635
Repair Facility
(814) 696-8466 Business

**Insurance Company:**
KEMPER DIRECT

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2013 | Body Style: | 4D H/B | VIN: | KMHD35LE6DU085739 | Mileage In: | 25212 |
| Make: | HYUN | Engine: | 4-1.8L-FI | License: | JCV9071 | Mileage Out: | |
| Model: | ELANTRA GT | Production Date: | 1/2013 | State: | PA | Vehicle Out: | |
| Color: | red Int: gray | Condition: | Excellent | Job #: | | | |

**TRANSMISSION**
6 Speed Transmission
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
**DECOR**
Dual Mirrors
**CONVENIENCE**
Air Conditioning

Intermittent Wipers
Tilt Wheel
Cruise Control
Keyless Entry
Alarm
Steering Wheel Touch Controls
Rear Window Wiper
Telescopic Wheel
**RADIO**
AM Radio
FM Radio
Stereo
Search/Seek

CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags
Communications System
Hands Free Device
**SEATS**

Cloth Seats
Bucket Seats
Heated Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
Traction Control
Stability Control
Rear Spoiler

**Customer: CORNELIUS, RALPH**

Vehicle: 2013 HYUN ELANTRA GT 4D H/B 4-1.8L-FI red

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| 111 | # | S03 | Supplemental PROCESS Fee | | 1 | | | |
| 112 | # | S04 | Supplemental PROCESS Fee | | 1 | 80.00 | | |
| 113 | # | S03 | DIFFERENCE body Labor Hours | | 1 | | 9.5 | |
| 114 | # | S03 | DIFFERENCE Paint Labor Hours | | 1 | | | 2.0 |
| 115 | # | S03 | DIFFERENCE Frame Labor Hours | | 1 | | 2.0 F | |
| 116 | # | S03 | DIFFERENCE Mechanical labor Hours | | 1 | | 0.4 M | |
| 117 | # | S03 | DIFFERENCE Parts & Materials | | 1 | -144.08 | | |
| | | | | **SUBTOTALS** | | **-64.08** | **11.9** | **2.0** |

## RATE CHANGES

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Body Labor | (Est) | 44.6 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) | = | 89.20 |
| Body Labor | (S03) | -4.2 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) | = | -8.40 |
| Paint Labor | (Est) | 26.9 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) | = | 53.80 |
| Paint Labor | (S03) | -1.4 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) | = | -2.80 |
| Frame Labor | (Est) | 4.0 hrs | @ | $ 24.00 /hr | ( 48.00 | to | 72.00 ) | = | 96.00 |
| Frame Labor | (S03) | -2.0 hrs | @ | $ 24.00 /hr | ( 48.00 | to | 72.00 ) | = | -48.00 |
| Body Supplies | (Est) | 12.0 hrs | @ | $ 0.50 /hr | ( 0.00 | to | 0.50 ) | = | 6.00 |
| Body Supplies | (S03) | 2.0 hrs | @ | $ 0.50 /hr | ( 0.00 | to | 0.50 ) | = | 1.00 |
| Paint Supplies | (Est) | 26.9 hrs | @ | $ 2.00 /hr | ( 28.00 | to | 30.00 ) | = | 53.80 |
| Paint Supplies | (S03) | -1.4 hrs | @ | $ 2.00 /hr | ( 28.00 | to | 30.00 ) | = | -2.80 |

**Customer: CORNELIUS, RALPH**

Vehicle: 2013 HYUN ELANTRA GT 4D H/B 4-1.8L-FI red

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | -64.08 |
| Body Labor | 9.5 hrs | @ | $ 50.00 /hr | 475.00 |
| Paint Labor | 2.0 hrs | @ | $ 50.00 /hr | 100.00 |
| Additional Supplement Labor | | | | 352.60 |
| Paint Supplies | 2.0 hrs | @ | $ 30.00 /hr | 60.00 |
| Additional Supplement Materials/Supplies | | | | 58.00 |
| Subtotal | | | | 981.52 |
| Sales Tax | $ 981.52 | @ | 6.0000 % | 58.89 |
| **Total Supplement Amount** | | | | **1,040.41** |
| **NET COST OF SUPPLEMENT** | | | | **1,040.41** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 9,240.15 | Robert Brickner |
| Supplement S01 | -3,792.70 | Guest Guest |
| Supplement S02 | 2,646.29 | Guest Guest |
| Supplement S03 | 668.59 | Guest Guest |
| Supplement S04 | 1,040.41 | Guest Guest |
| **Job Total:** | **$ 9,802.74** | |
| **INSURANCE PAY:** | **$ 9,802.74** | |

*You have the right to choose any repair facility to have your vehicle repaired*
THIS IS NOT AN AUTHORIZATION TO REPAIR ALTHOUGH IT IS AGREED BETWEEN THE REPAIR FACILITY AND ESURANCE THAT THE ABOVE VEHICLE CAN BE REPAIRED BY THE REPAIR FACILITY FOR THE AMOUNT STATED IN THE GROSS TOTAL SECTION. ONLY THE VEHICLE OWNER CAN AUTHORIZE THE REPAIR OF THE VEHICLE AND ALL COSTS OF REPAIR ARE THE SOLE RESPONSIBILITY OF THE VEHICLE OWNER.

THIS APPRAISAL WAS BASED ON VISIBLE OR CERTAIN DAMAGES AT THE TIME OF INSPECTION. TO REQUEST A SUPPLEMENT, PLEASE CALL (866) 514 4788. PLEASE FAX THE SUPPLEMENT AND ALL SUPPORTING DOCUMENTS WITH CLAIM NUMBER TO (866) 454 0890. THE REPAIR FACILITY AND ESURANCE WILL REACH AN AGREED PRICE PRIOR TO BEGINNING ANY OF THE SUPPLEMENTAL REPAIRS. THE REPAIR FACILITY WILL THEN SEEK AUTHORIZATION FROM THE VEHICLE OWNER FOR THE ADDITIONAL REPAIRS. NO SUPPLEMENTS WILL BE HONORED UNLESS APPROVED IN ADVANCE BY ESURANCE.

REPAIR FACILITY MUST BE PROVIDED A COPY OF THIS ESTIMATE PRIOR TO COMMENCEMENT OF REPAIR. FAILURE TO DO SO MAY SUBJECT THE VEHICLE OWNER TO ADDITIONAL EXPENSE.

## ASSIGNMENT OF PROCEEDS

_Daryl Weichul_ , hereinafter "Customer," has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _Kamer_ , hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _709-35_ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this ____22____ day of ____Feb____ , 20_1_7 A.D.

CUSTOMER: X _____

PROFESSIONALS AUTO BODY: _____

DATE: __2/22/17__



**Collision Repair Specialists**

## Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do your repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professional Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this _27_ day of _Jan_ _20_17

X _____   X _1/27/2017_____

Customer                          Date



**AUTO BODY**
Collision Repair Specialists

## Insured's Notification of Repairs

Appraisers Name _Kendra Weih_

Insurance Company _Kemper_

Claim Number _C0046110A/701_          PAB Store # _2_

Vehicle Owner _Daryl Weichel_

Request Number _____          Fax # _____

Date And Time Of Request _____

Please be advised that the above referenced vehicle has been brought to our facility for damage repairs. We have received authorization from our customer, the consumer, to complete the required repairs. Enclosed please find a copy of the listed damage repairs that are to be undertaken on this vehicle. It is our professional and expert opinion that these listed repairs are required to return this vehicle to pre-loss condition, to the best of human ability. Please submit a check to the consumer immediately for these required repairs. Failure to repair each and every one of these items may result in flaws, defects, loss in market value, and potential safety hazards to the consumer.

Under the insurance policies issued in this state, the policyholder is required to give the insurance company the opportunity to inspect the required repairs before they commence. **Please consider this contact to be the official notification to the insurer to inspect the consumers' vehicle and its required repairs within 6 days for initial inspection** from the time of notification of the loss. Removal of damaged parts and repairs will commence immediately following an authorization by the customer, with or without inspection by the insurance company, so as to not unduly delay the repair. No changes in repair strategy will be permitted unless authorized by the customer. **It should also be noted that the insurer has no legal right to authorize or prohibit the repairs of any vehicle. The insurer's only responsibility is to pay for the required repairs.**

Any delays in the repair of the automobile, caused by the insurer, will immediately force the repair facility to implement storage charges of $75 per day outside and $425 per day inside in a work stall $125 in disassembly (may be adjusted); if a vehicle is being delayed while it's on a machine the amount will increase to $600 a day (may be adjusted) until the insurance delay is terminated and all paperwork is submitted to the customer and PAB. Any paperwork "admin time" will be charged as necessary for supplement items that should have been paid for and noted on the original inspections. The outside fee will apply if vehicle is completed and sitting out front waiting for final paperwork.

In addition, it will be the responsibility of the insurance company to inform the consumer, in writing, of all repairs listed on the professional expert's damage report "Professionals Auto Body" that the insurer feels should not be repaired. **A written explanation, along with supporting documentation, should be provided by the insurance company, to the consumer, for each deleted operation.**



**AUTO BODY**
**Collision Repair Specialists**

Govern yourselves accordingly.

### § 859. Penalties

Any person who violates any of the provisions of the Pa. act is guilty of a misdemeanor and upon conviction thereof, for each offense, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or to undergo imprisonment not exceeding one year, or both.

### § 860. Rules and regulations

Because an appraiser is charged with a high degree of regard for the public safety, the operational safety of the vehicle shall be paramount in considering the specification of new parts. This consideration is vitally important where the parts involved pertain to the drive train, steering gear, suspension units, brake system or tires.
No appraiser shall secure or use repair estimates that have been obtained by the use of photographs, telephone calls or in any manner other than a personal inspection.

_**No appraiser or his employer shall require that repairs be made in any specified repair shop. Every appraiser shall promptly re-inspect damaged vehicles prior to the repairs in question when supplementary allowances are requested by repair shops and the amount or extent of damages is in dispute.**_

**Every appraiser shall:**

(1) Conduct themselves in such a manner as to inspire public confidence by fair and honorable dealings.
(2) Approach the appraisal of damaged property without prejudice against, or favoritism toward, any party involved
in order to make fair and impartial appraisals.
(3) Disregard any efforts on the part of others to influence his judgment in the interest of the parties involved.
(4) Prepare an independent appraisal of damage.
(5) Inspect a vehicle within six working days of assignment to

Customer X _Darryl K. Owings_

 

# Damage Report Authorization
## Disassemble & Diagnose

**Name** Darryl Weichel

**Year** 2007    **Color**    **Make** Dodge    **Model** Caliber

**Home & Cell Phone numbers** ( ) 814 937-8658

**Email Address** (used only for repair communications & information)

---

## Who is responsible to you for reimbursement for the cost of repairs? (Please check)

My Insurance: _____ Their Insurance: ✓ Paying out of pocket: _____ Deductible (if any): 0

Insurance Co: Kemper    Adjuster: Kenda Weich    Claim #: C004611PA 1701

- • I do hereby authorize Professionals Auto Body to Disassemble and prepare a damage report to my automobile. I acknowledge that this report is only preliminary and not binding on either party without executing a separate contract of repair with Professionals Auto Body. Furthermore, I understand that additional costs/damage may be discovered after the vehicle has been disassembled. I agree to pay all costs associated in making this damage report including but not limited to, disassembly, storage, inspections, photo documentation, damage analysis, diagnosis, estimating and other necessary charges.

  - • I agree to hold Professionals Auto Body harmless if I choose to rely upon this damage report to negotiate and/or settle any property claim for damage to my automobile.

  - • I understand that Professionals Auto Body cannot legally negotiate my repairs with anyone except me, the vehicle owner/undersigned. As such, I am responsible for negotiating/settling my property claim with any third party which may be responsible to me.

  - • I understand that I cannot transfer the title of the vehicle without insuring the repair bill is paid in full, including all associated costs if my vehicle is determined to be a total loss. (see wall chart for storage charges or total loss form)

**Examples of associated costs are (not a full listing) help handling claim, phone calls, Admin costs, parts procurement, towing, moving of vehicle, securing and hazard waste and debris clean up, NADA evaluation.**

## So we may know your expectations, please select the level of repair you desire (choose one):

X I want my vehicle repaired to the best of your ability using original manufacturer parts and high quality materials.

_____ I want my vehicle safely repaired but some non-OEM" knockoffs, junk yard parts and lower quality materials may be used.

_____ I want the cheapest repair possible. This option is for cosmetic repairs ONLY. **

    ** NOTE: THE INSURER AND ITS PREFFERED SHOP MAY ONLY GIVE YOU THE 3RD OPTION.

Signature: Douglas Orwin    Date: 2/6/17

By my signature I have thoroughly read, understand and agree to the aforementioned.

# PROFESSIONALS AUTO BODY, INC._CF

1109 PLANK ROAD, DUNCANSVILLE, PA 16635
Phone: (814) 696-8466
FAX: (814) 696-8567

## Preliminary Supplement 4 Summary

**Customer: WEICHEL, DARRYL**

Written By: Guest Guest

| | | |
|---|---|---|
| Insured: WEICHEL, DARRYL | Policy #: | Claim #: C004611PA1701 |
| Type of Loss: | Date of Loss: | Days to Repair: 0 |
| Point of Impact: 06 Rear | | |

**Owner:**
WEICHEL, DARRYL
509 HUMMINGBIRD LANE
DUNCASVILLE, PA 16635
(814) 937-8658 Cell
(814) 695-2986 x6 Evening

**Inspection Location:**
PROFESSIONALS AUTO BODY, INC._CF
1109 PLANK ROAD
DUNCANSVILLE, PA 16635
Repair Facility
(814) 696-8466 Business

**Insurance Company:**
KEMPER CHOICE

## VEHICLE

2007 DODG Caliber SXT FWD 4D H/B 4-2.0L Gasoline SMPI black

| | | | |
|---|---|---|---|
| VIN: 1B3HB48B57D350156 | Interior Color: grey | Mileage In: | Vehicle Out: |
| License: FHA0063 | Exterior Color: black | Mileage Out: | |
| State: PA | Production Date: 5/2007 | Condition: Fair | Job #: |

| TRANSMISSION | Body Side Moldings | RADIO | Head/Curtain Air Bags |
|---|---|---|---|
| 5 Speed Transmission | Tinted Glass | AM Radio | **SEATS** |
| **POWER** | Console/Storage | FM Radio | Cloth Seats |
| Power Steering | **CONVENIENCE** | Stereo | Bucket Seats |
| Power Brakes | Air Conditioning | Search/Seek | **WHEELS** |
| Power Windows | Intermittent Wipers | CD Player | Wheel Covers |
| Power Locks | Tilt Wheel | Auxiliary Audio Connection | **PAINT** |
| Power Mirrors | Rear Defogger | **SAFETY** | Clear Coat Paint |
| **DECOR** | Keyless Entry | Drivers Side Air Bag | **OTHER** |
| Dual Mirrors | Rear Window Wiper | Passenger Air Bag | Rear Spoiler |

**Customer: WEICHEL, DARRYL**

2007 DODG Caliber SXT FWD 4D H/B 4-2.0L Gasoline SMPI black

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|--|------|-------------|-------------|-----|------------------|-------|-------|
| *Changed Items* | | | | | | | | |
| 16 | # | S03 | Supplemental PROCESS Fee | | 1 | | | |
| 17 | # | S04 | Supplemental PROCESS Fee | | 1 | 80.00 | | |
| *Deleted Items* | | | | | | | | |
| 18 | # | S03 | DIFFERENCE body Labor Hours | | 1 | | 1.8 | |
| 19 | # | S03 | DIFFERENCE Paint Labor Hours | | 1 | | | 2.8 |
| 20 | # | S03 | DIFFERENCE Parts & Materials | | 1 | 20.00 | | |
| | | | | **SUBTOTALS** | | **100.00** | **1.8** | **2.8** |

## RATE CHANGES

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Body Labor | (Est) | 4.4 hrs | @ | $ 16.00 /hr | ( 54.00 | to | 70.00 ) | = | 70.40 |
| Body Labor | (S03) | -1.8 hrs | @ | $ 16.00 /hr | ( 54.00 | to | 70.00 ) | = | -28.80 |
| Paint Labor | (Est) | 6.7 hrs | @ | $ 16.00 /hr | ( 54.00 | to | 70.00 ) | = | 107.20 |
| Paint Labor | (S03) | -2.8 hrs | @ | $ 16.00 /hr | ( 54.00 | to | 70.00 ) | = | -44.80 |
| Paint Supplies | (Est) | 6.7 hrs | @ | $ 8.00 /hr | ( 32.00 | to | 40.00 ) | = | 53.60 |
| Paint Supplies | (S03) | -2.8 hrs | @ | $ 8.00 /hr | ( 32.00 | to | 40.00 ) | = | -22.40 |

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|--|------|--------|
| Parts | | | | 100.00 |
| Additional Supplement Labor | | | | 426.00 |
| Additional Supplement Materials/Supplies | | | | 143.20 |
| Subtotal | | | | 669.20 |
| Sales Tax | $ 669.20 | @ | 6.0000 % | 40.15 |
| **Total Supplement Amount** | | | | **709.35** |
| **NET COST OF SUPPLEMENT** | | | | **709.35** |

**Customer: WEICHEL, DARRYL**

2007 DODG Caliber SXT FWD 4D H/B 4-2.0L Gasoline SMPI black

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---:|---|
| Estimate | 1,966.30 | Robert Brickner |
| Supplement S01 | -1,499.48 | Guest Guest |
| Supplement S02 | 516.65 | Guest Guest |
| Supplement S03 | 358.28 | Guest Guest |
| Supplement S04 | 709.35 | Guest Guest |
| **Job Total:** | $ **2,051.10** | |
| **INSURANCE PAY:** | $ **2,051.10** | |

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS THE PERSON TO CRIMINAL AND CIVIL PENALTIES.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:D=DISCONTINUED PART A=APPROXIMATE PRICE B=BODY LABOR D=DIAGNOSTIC E=ELECTRICAL F=FRAME G=GLASS M=MECHANICAL P=PAINT LABOR S=STRUCTURAL T=TAXED MISCELLANEOUS X=NON TAXED MISCELLANEOUS ADJ=ADJACENT ALGN=ALIGN A/M=AFTERMARKET BLND=BLEND CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION D&R=DISCONNECT AND RECONNECT EST=ESTIMATE EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY INCL=INCLUDED MISC=MISCELLANEOUS NON-ADJ=NON ADJACENT O/H=OVERHAUL OP=OPERATION NO=LINE NUMBER QTY=QUANTITY RECOND=RECONDITION REFN=REFINISH REPL=REPLACE R&I=REMOVE AND INSTALL R&R=REMOVE AND REPLACE RPR=REPAIR RT=RIGHT SECT=SECTION SUBL=SUBLET LT=LEFT W/O=WITHOUT W/_=WITH/_ #=MANUAL LINE ENTRY *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED]. **=DATABASE LINE WITH AFTERMARKET N=NOTES ATTACHED TO LINE NAGS=NATIONAL AUTO GLASS SPECIFICATIONS. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

THE ATTACHED ESTIMATE REPRESENTS AN APPRAISAL OF THE COST OF REPAIR FOR THE VISIBLE DAMAGE TO THE VEHICLE NOTED AT THE TIME OF INSPECTION NECESSARY TO RETURN THE VEHICLE TO ITS PREDAMAGED CONDITION. COSTS ABOVE THE APPRAISED AMOUNT MAY BE THE RESPONSIBILITY OF THE VEHICLE OWNER. THERE IS NO REQUIREMENT THAT THE VEHICLE OWNER USE ANY SPECIFIED REPAIR SHOP. INFORMATION REGARDING REPAIR FACILITIES WHICH WILL BE ABLE TO REPAIR THE VEHICLE FOR THE APPRAISED AMOUNT IS AVAILABLE FROM THE INSURANCE COMPANY. IF USED PARTS ARE SPECIFIED, THEY ARE REQUIRED TO BE OF LIKE KIND AND QUALITY TO THOSE BEING REPLACED. INCIDENTAL CHARGES SUCH AS TOWING, PROTECTIVE CARE, CUSTODY, STORAGE, DEPRECIATION, BATTERY AND TIRE REPLACEMENT ARE NOTED WHEN APPLICABLE.

## ASSIGNMENT OF PROCEEDS

_AARON Yaudes_____, hereinafter "Customer," has suffered damages to his/her
vehicle following an accident. The repairs required following Customer's accident and for
which Customer utilized the services of Professionals Auto Body do constitute a compensable
loss under an insurance policy. Those repairs are to be paid for by _Kemper_____,
hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her
vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs.
The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to
Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto
Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to
Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto
Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the
amount of $ _7034 4_____ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law,
the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor)
shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this _____4_____ day of _____Dec_____, 20 _13_ A.D.

CUSTOMER: _____

PROFESSIONALS AUTO BODY: _Brenda Lenetta_

DATE: _12·4-13_



**AUTO BODY**
**COLLISION REPAIR SPECIALISTS**

### Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do the repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professionals Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this _26th_ day of _Oct_ .

X _(signature)_     X _10/26/13_

*Unpaid Balance*

# PROFESSIONALS AUTO BODY

419 E PLEASANT VALLEY BLVD, ALTOONA, PA
16602
Phone: (814) 943-7112
FAX: (814) 949-9612

### Preliminary Supplement 4 with Summary

## Customer: YAUDES, AARON                                Job Number:

Written By: Paula, 164279

| | | |
|---|---|---|
| Insured:     YAUDES, AARON | Policy #: | Claim #:     C080758PA1301 |
| Type of Loss: | Date of Loss: | Days to Repair:   0 |
| Point of Impact: | | |

**Owner:**
YAUDES, AARON
615 W. 14TH STREET
TYRONE, PA 16686
(814) 684-5800 Day

**Inspection Location:**
PROFESSIONALS AUTO BODY
419 E PLEASANT VALLEY BLVD
ALTOONA, PA 16602
Repair Facility
(814) 943-7112 Business

**Insurance Company:**
KEMPER PREFERRED

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2008 | Body Style: | 4D H/B | VIN: | JS2YB413X85109941 | Mileage In: | 58962 |
| Make: | SUZU | Engine: | 4-2.0L-FI | License: | JFT4133 | Mileage Out: | |
| Model: | SX4 AWD | Production Date: | 3/2008 | State: | PA | Vehicle Out: | |
| Color: | RED Int: | Condition: | | Job #: | | | |

**TRANSMISSION**
Overdrive
5 Speed Transmission
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
**DECOR**
Dual Mirrors

**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Steering Wheel Touch Controls
Rear Window Wiper
Climate Control
**RADIO**

AM Radio
FM Radio
Stereo
Search/Seek
CD Changer/Stacker
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags

**ROOF**
Luggage/Roof Rack
**SEATS**
Cloth Seats
Bucket Seats
**WHEELS**
Aluminum/Alloy Wheels
**PAINT**
Clear Coat Paint
**OTHER**
Fog Lamps
Rear Spoiler

**Customer: YAUDES, AARON**　　　　　　　　　　　　　　　　　　　　**Job Number:**

Vehicle: 2008 SUZU SX4 AWD 4D H/B 4-2.0L-FI RED

## SUPPLEMENT SUMMARY

| Line | | Oper | | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-----|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | | |
| 1 | * | S03 | Rpr | LT Fender hatchback FULL REFINISH | | | | -2.0 | -1.6 |
| | | | | NOTE: INCLUDES SIDE BRACKET | | | | | |
| 2 | * | S04 | Rpr | LT Fender hatchback FULL REFINISH | | | | 2.0 | 2.0 |
| | | | | NOTE: INCLUDES SIDE BRACKET | | | | | |
| 10 | * | S03 | Rpr | LT Apron panel | | | s | -3.5 | -0.7 |
| | | | | NOTE: INCLUDES BRACKET EXTENSION | | | | | |
| 11 | * | S04 | Rpr | LT Apron panel | | | s | 3.5 | 1.2 |
| | | | | NOTE: INCLUDES BRACKET EXTENSION | | | | | |
| 31 | # | S03 | | RAW BUMPER KIT | | 1 | -68.19 | | |
| 32 | # | S04 | | RAW BUMPER KIT | | 1 | 68.19 | 1.0 | |
| 33 | # | S03 | | CLEAN AND RETAPE SKID PLATE | | 1 | -5.00 | -0.3 | |
| 34 | # | S04 | | CLEAN AND RETAPE SKID PLATE | | 1 | 8.00 | 0.4 | |
| 66 | # | S03 | | COVER CAR | | 1 | -5.00 | -0.2 | |
| 67 | # | S04 | | COVER CAR | | 1 | 10.00 | 0.2 | |
| 80 | * | S03 | Rpr | LT Side support | | | s | -2.0 | Incl. |
| | | | | NOTE: THIS INCLUDES TOP MOUNT BRACKET | | | | | |
| 81 | * | S04 | Rpr | LT Side support | | | s | 2.5 | Incl. |
| | | | | NOTE: THIS INCLUDES TOP MOUNT BRACKET | | | | | |
| 109 | # | S03 | | Sand & Buff for Texture 5 PANELS | | 1 | | -2.5 | |
| | | | | NOTE: a. Sand entire panel to match original clear coat texture | | | | | |
| 110 | # | S04 | | Sand & Buff for Texture 5 PANELS | | 1 | 25.00 | 2.5 | |
| | | | | NOTE: a. Sand entire panel to match original clear coat texture | | | | | |
| 124 | # | S03 | | SOLID WASTE REMOVAL | | 1 | -5.00 | | |
| | | | | NOTE: REMOVAL OF PAPER TAPE AND RECYCLING OF CARDBOARD | | | | | |
| 125 | # | S04 | | SOLID WASTE REMOVAL | | 1 | 10.00 | | |
| | | | | NOTE: REMOVAL OF PAPER TAPE AND RECYCLING OF CARDBOARD | | | | | |
| 125 | # | S03 | | MASK JAMB ON DOOR | | 1 | | | |
| 126 | # | S04 | | MASK JAMB ON DOOR | | 1 | 10.00 | 0.4 | |
| 128 | # | S03 | | ADMIN FEE TO RECEIVE A/M | | 1 | | | |
| 129 | # | S04 | | ADMIN FEE TO RECEIVE A/M | | 1 | 100.00 | | |
| **Deleted Items** | | | | | | | | | |
| 139 | # | S03 | Repl | LT BELT WEATHERSTRIP | | 1 | -53.74 | Incl. | |
| **Added Items** | | | | | | | | | |
| 139 | # | S04 | | DIFFERENCE IN PAINT MATERIALS | | 1 | 121.36 | | |
| 140 | # | S04 | | SUPLIMENTAL PROCESSING FEE | | 1 | 150.00 | | |
| | | | | **SUBTOTALS** | | | **365.62** | **2.0** | **0.9** |

**Customer: YAUDES, AARON**                                                    **Job Number:**

Vehicle: 2008 SUZU SX4 AWD 4D H/B 4-2.0L-FI RED

### RATE CHANGES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Mechanical Labor | (Est) | 3.2 hrs | @ | $ 20.00 /hr | ( 52.00 | to | 72.00 ) = | 64.00 |
| Mechanical Labor | (S01) | 0.5 hrs | @ | $ 20.00 /hr | ( 52.00 | to | 72.00 ) = | 10.00 |
| Frame Labor | (S01) | 4.0 hrs | @ | $ 13.00 /hr | ( 52.00 | to | 65.00 ) = | 52.00 |

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 365.62 |
| Body Labor | 2.0 hrs | @ | $ 50.00 /hr | 100.00 |
| Paint Labor | 0.9 hrs | @ | $ 50.00 /hr | 45.00 |
| Additional Supplement Labor | | | | 126.00 |
| Paint Supplies | 0.9 hrs | @ | $ 30.00 /hr | 27.00 |
| Subtotal | | | | 663.62 |
| Sales Tax | $ 663.62 | @ | 6.0000 % | 39.82 |
| **Total Supplement Amount** | | | | **703.44** |
| **NET COST OF SUPPLEMENT** | | | | **703.44** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 2,413.86 | Paula Perretta |
| Supplement S01 | 2,594.53 | Paula Perretta |
| Supplement S02 | 947.73 | Paula Perretta |
| Supplement S03 | 906.49 | Paula Perretta |
| Supplement S04 | 703.44 | Paula Perretta |

| | | |
|---|---|---|
| **Job Total:** | $ | **7,566.05** |
| **CUSTOMER PAY:** | $ | **100.00** |
| **INSURANCE PAY:** | $ | **7,466.05** |

## ASSIGNMENT OF PROCEEDS

_____ Carl Reece Jr, hereinafter "Customer," has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _____ Tempe _____, hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _____ 416.95 _____ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this _____3_____ day of _____March_____, 20_14_ A.D.

CUSTOMER: X _____

PROFESSIONALS AUTO BODY: X _____

DATE: 3/3/14



**AUTO BODY**
COLLISION REPAIR SPECIALISTS

### Authorization to Handle Your Claim and Repairs

One reason we require an authorization is due to the "privacy act" which requires us to receive your permission to make calls on your behalf. Our goal is to also make sure you receive the highest quality and service at a fair price. So please read the following very carefully and feel free to ask any questions. Thank you for letting Professionals Auto Body repair your vehicle.

Professionals Auto Body will take the time to complete the paper work and phone calls regarding your claim. We sometimes need a little help from you but we will let you know if it is necessary. We need you to provide us with as much information as you can so we can expedite your claim and get started with your repairs.

If for any reason, you do not have us do the repairs after we have taken the time to handle your claim, at that point you will be responsible for a $75.00 fee. If parts are ordered, you will be responsible for a 30% return and restocking fee.

So if for any reason you may not have us do your repair, Do Not Sign This Agreement; and feel free to seek other repair shops for your estimates and or repairs. But I want to emphasize that we do want to do your repairs!

Finally, this authorization form allows us to concentrate on customers that are serious about Professionals Auto Body doing their repairs. We seek to give them the time and service that we are known for in this area.

I understand and agree to the above, intending to be legally hereby, this ___13___ day of
~~Feb. 2014~~

x _Michelle Bauer_ x _2/13/14_



# AUTHORIZATION FOR DAMAGE REPORT AND DISMANTLING

I ___Carl Keur___ authorize Professionals Auto Body to prepare an damage report of repair costs and if necessary dismantle parts off my vehicle to do so. I understand that this is not an authorization to repair and is only for evaluating damages for myself or the insurance company covering the cost of repair.

Owner/Representatives Signature ___Michello Faure___ Date ___2/19/14___

Vehicle Year ___2012___ Make ___H___ Model ___Sonata___ Plate# _____

Professionals Auto Body will not be held responsible for items left in any vehicle either towed or driven in for estimating or repairing.

Any labor involved in dismantling or estimating must be paid before vehicle is moved from Professionals Auto Body's premises.

Vehicles towed or driven in, then deemed a total loss, or moved to another location for any reason by customer or Insurance Company may be subject to admin, lot, debris cleanup charges or estimate fees, NADA evaluations, phone calls, dealing with insurance company or its appraisers and all other services; all fees must be paid before a vehicle leaves Professionals Auto Body.

In case of a total loss Professionals Auto Body will itemize any applicable charges and submit them to your insurance company for payment on your behalf.

Outside Storage per day $35 9am-4:30pm, $40 4:30pa-9am – Inside Storage per day $50 9am-4:30pa, $70 4:30-9am

# PROFESSIONALS AUTO BODY, INC._CF

1109 PLANK ROAD, DUNCANSVILLE, PA 16635
Phone: (814) 696-8466
FAX: (814) 696-8567

## Preliminary Supplement 4 Summary

**Customer: REECE, CARL**

Written By: Guest Guest

| | | | | | |
|---|---|---|---|---|---|
| Insured: | REECE, CARL | Policy #: | | Claim #: | C011535PA1401 |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

**Owner:**
REECE, CARL
257 TODD AVENUE
HOLLIDAYSBURG, PA 16648
(814) 502-5749 Cell

**Inspection Location:**
PROFESSIONALS AUTO BODY, INC._CF
1109 PLANK ROAD
DUNCANSVILLE, PA 16635
Repair Facility
(814) 696-8466 Business

**Insurance Company:**
KEMPER PREFERRED

## VEHICLE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Year: | 2012 | Body Style: | 4D SED | VIN: | 5NPEB4AC1CH441059 | Mileage In: | 36741 |
| Make: | HYUN | Engine: | 4-2.4L-FI | License: | JJG2635 | Mileage Out: | |
| Model: | SONATA GLS | Production Date: | 12/2011 | State: | PA | Vehicle Out: | |
| Color: | black  Int: gray | Condition: | Excellent | Job #: | | | |

**TRANSMISSION**
Overdrive
6 Speed Transmission
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
Heated Mirrors
**DECOR**
Dual Mirrors
Tinted Glass

Console/Storage
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Alarm
Steering Wheel Touch Controls
Telescopic Wheel
**RADIO**
AM Radio

FM Radio
Stereo
CD Player
Auxiliary Audio Connection
Satellite Radio
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags
Communications System

Hands Free Device
**SEATS**
Cloth Seats
Bucket Seats
**WHEELS**
Wheel Covers
**PAINT**
Clear Coat Paint
**OTHER**
Traction Control
Stability Control
Power Trunk/Gate Release

**Customer: REECE, CARL**

Vehicle: 2012 HYUN SONATA GLS 4D SED 4-2.4L-FI black

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Deleted Items** | | | | | | | | |
| 76 | # | S02 | LABOR HOURS BODY | | 1 | | -9.3 | |
| 77 | # | S02 | LABOR HOURS REFINISH | | 1 | | | 4.5 |
| 78 | # | S02 | PARTS AND SHOP MATERIALS | | 1 | 53.60 | | |
| **Added Items** | | | | | | | | |
| 77 | # | S04 | SUPPLEMENTAL PROCESSING FEE | | 1 | 150.00 | | |
| | | | | **SUBTOTALS** | | 203.60 | -9.3 | 4.5 |

## RATE CHANGES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Body Labor | (Est) | 23.8 hrs | @ | $ 4.00 /hr | ( 46.00 | to | 50.00 ) = | 95.20 |
| Body Labor | (S02) | 11.3 hrs | @ | $ 4.00 /hr | ( 46.00 | to | 50.00 ) = | 45.20 |
| Body Labor | (S03) | 1.4 hrs | @ | $ 4.00 /hr | ( 46.00 | to | 50.00 ) = | 5.60 |
| Paint Labor | (Est) | 22.5 hrs | @ | $ 4.00 /hr | ( 46.00 | to | 50.00 ) = | 90.00 |
| Paint Labor | (S02) | -4.5 hrs | @ | $ 4.00 /hr | ( 46.00 | to | 50.00 ) = | -18.00 |
| Body Supplies | (Est) | 9.5 hrs | @ | $ 0.50 /hr | ( 0.00 | to | 0.50 ) = | 4.75 |
| Paint Supplies | (Est) | 22.5 hrs | @ | $ 4.00 /hr | ( 26.00 | to | 30.00 ) = | 90.00 |
| Paint Supplies | (S02) | -4.5 hrs | @ | $ 4.00 /hr | ( 26.00 | to | 30.00 ) = | -18.00 |

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|----------|-------|---|------|--------|
| Parts | | | | 203.60 |
| Body Labor | -9.3 hrs | @ | $ 50.00 /hr | -465.00 |
| Additional Supplement Labor | | | | 443.00 |
| Additional Supplement Materials/Supplies | | | | 211.75 |
| Subtotal | | | | 393.35 |
| Sales Tax | $ 393.35 | @ | 6.0000 % | 23.60 |
| **Total Supplement Amount** | | | | **416.95** |
| **NET COST OF SUPPLEMENT** | | | | **416.95** |

**Customer: REECE, CARL**

Vehicle: 2012 HYUN SONATA GLS 4D SED 4-2.4L-FI black

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---:|---|
| Estimate | 4,538.57 | Robert Brickner |
| Supplement S01 | -2,513.96 | Guest Guest |
| Supplement S02 | 2,430.97 | Guest Guest |
| Supplement S03 | 0.00 | Guest Guest |
| Supplement S04 | 416.95 | Guest Guest |
| **Job Total:** | **$ 4,872.53** | |
| **INSURANCE PAY:** | **$ 4,872.53** | |

*You have the right to choose any repair facility to have your vehicle repaired*
THIS IS NOT AN AUTHORIZATION TO REPAIR ALTHOUGH IT IS AGREED BETWEEN THE REPAIR FACILITY AND ESURANCE THAT THE ABOVE VEHICLE CAN BE REPAIRED BY THE REPAIR FACILITY FOR THE AMOUNT STATED IN THE GROSS TOTAL SECTION. ONLY THE VEHICLE OWNER CAN AUTHORIZE THE REPAIR OF THE VEHICLE AND ALL COSTS OF REPAIR ARE THE SOLE RESPONSIBILITY OF THE VEHICLE OWNER.

THIS APPRAISAL WAS BASED ON VISIBLE OR CERTAIN DAMAGES AT THE TIME OF INSPECTION. TO REQUEST A SUPPLEMENT, PLEASE CALL (866) 514 4788. PLEASE FAX THE SUPPLEMENT AND ALL SUPPORTING DOCUMENTS WITH CLAIM NUMBER TO (866) 454 0890. THE REPAIR FACILITY AND ESURANCE WILL REACH AN AGREED PRICE PRIOR TO BEGINNING ANY OF THE SUPPLEMENTAL REPAIRS. THE REPAIR FACILITY WILL THEN SEEK AUTHORIZATION FROM THE VEHICLE OWNER FOR THE ADDITIONAL REPAIRS. NO SUPPLEMENTS WILL BE HONORED UNLESS APPROVED IN ADVANCE BY ESURANCE.

REPAIR FACILITY MUST BE PROVIDED A COPY OF THIS ESTIMATE PRIOR TO COMMENCEMENT OF REPAIR. FAILURE TO DO SO MAY SUBJECT THE VEHICLE OWNER TO ADDITIONAL EXPENSE.

## ASSIGNMENT OF PROCEEDS

_Rick Opdike_ , hereinafter "Customer," has suffered damages to his/her vehicle following an accident. The repairs required following Customer's accident and for which Customer utilized the services of Professionals Auto Body do constitute a compensable loss under an insurance policy. Those repairs are to be paid for by _Kempur Ins_ , hereinafter "Insurer," according to the terms of the underlying policy.

Customer has a right to payment of all costs that were necessary for repair of his/her vehicle, and Insurer is obligated by the applicable insurance policy to pay for such repair costs. The repair costs that Insurer is obligated to pay do constitute "proceeds" of the policy.

In consideration of Professionals Auto Body's agreement to make all repairs to Customer's damaged vehicle, Customer desires to and does hereby assign to Professionals Auto Body any and all right, claim or other interest in any proceeds necessary to pay for repairs to Customer's vehicle as stated in the attached contract for repairs. As such, Professionals Auto Body is entitled to pursue payment of all proceeds of the insurance policy from Insurer in the amount of $ _941.06_ as stated in the attached contract for repairs.

If any portion of the above agreement should be found unenforceable by a court of law, the remainder of the agreement shall remain operative, valid and enforceable.

If any portion of the above agreement should be found to be invalid, Customer (Assignor) shall still be held liable to Professionals Auto Body (Assignee) for the total amount of repairs as

set forth in the contract for repairs. This agreement does not in any way diminish the right of Professionals Auto Body to pursue payment for the repairs it has made to Customer's (Assignor's) vehicle as stated in the contract for repairs.

This agreement is the entire agreement relative to the assignment of Customer's rights to pursue payment from Insurer for those repairs of Customer's vehicle set forth in the attached contract for repairs. Any other agreement that may be made relative to Customer's rights to pursue payment from Insurer for repairs of Customer's vehicle as set forth in the attached contract for repairs shall be held invalid and superseded by this assignment of Customer's rights.

For the mutual exchange of promises and intending to be legally bound hereby, witness my hand and seal this ___26___ day of ___August___, 20_14_ A.D.

CUSTOMER (X) _____

PROFESSIONALS AUTO BODY: _____
DATE: _8/26/14_



## Insured's Notification of Repairs or Supplement

**Appraisers Name:** *Shawn Olszewski*

**Insurance Company:** *Kemper*

**Claim number:** *CO59414 PA 1401*

**Vehicle owner:** *Rick Opdyke*

**Request number:**

**Date and time of request:**

Please be advised that the above referenced vehicle has been brought to our facility for damage repairs. We have received authorization from our customer, the consumer, to complete the required repairs. Enclosed please find a copy of the listed damage repairs or supplement that are to be undertaken on this vehicle. It is our professional and expert opinion that these listed repairs are required to return this vehicle to pre-loss condition, to the best of human ability. Please submit a check to the consumer immediately for these required repairs. Failure to repair each and every one of these items may result in flaws, defects, loss in market value, and potential safety hazards to the consumer.

Under the insurance policies issued in this state, the policyholder is required to give the insurance company the opportunity to inspect the required repairs before they commence. Please consider this contact to be the official notification to the insurer to inspect the consumers' vehicle and its required repairs within 6 days for initial inspection and a reasonable time for supplements, a reasonable time would not exceed 12 hours (business hours). Removal of damaged parts and repairs will commence immediately following an authorization by the customer, with or without inspection by the insurance company, so as to not unduly delay the repair. No changes in repair strategy will be permitted unless authorized by the customer. It should also be noted that the insurer has no legal right to authorize or prohibit the repairs of any vehicle. The insurer's only responsibility is to pay for the required repairs.

Any delays in the repair of the automobile, caused by the insurer, will immediately force the repair facility to implement storage charges of $ 75 per day outside and $425 per day inside in a work stall $125 in disassembly (may be adjusted); if a vehicle is being delayed while it's on a machine the amount will increase to $600 a day (may be adjusted) until the insurance delay is terminated and all paperwork is submitted to the customer and PAB. Any paperwork "admin time" will be charged as necessary for supplement items that should have been paid for and noted on the original inspections. The outside fee will apply if vehicle is completed and sitting out front waiting for final paperwork.

In addition, it will be the responsibility of the insurance company to inform the consumer, in writing, of all repairs listed on the professional expert's damage report "Professionals Auto Body" that the insurer feels should not be

repaired. A written explanation, along with supporting documentation, should be provided by the insurance company, to the consumer, for each deleted operation.

Govern yourselves accordingly.

### § 859. Penalties

Any person who violates any of the provisions of the Pa. act is guilty of a misdemeanor and upon conviction thereof, for each offense, shall be sentenced to pay a fine not exceeding five hundred dollars ($500), or to undergo imprisonment not exceeding one year, or both.

### § 860. Rules and regulations

Because an appraiser is charged with a high degree of regard for the public safety, the operational safety of the
vehicle shall be paramount in considering the specification of new parts. This consideration is vitally important
where the parts involved pertain to the drive train, steering gear, suspension units, brake system or tires.

No appraiser shall secure or use repair estimates that have been obtained by the use of photographs, telephone
calls or in any manner other than a personal inspection.

_No appraiser or his employer shall require that repairs be made in any specified repair shop._
_Every appraiser shall promptly reinspect damaged vehicles prior to the repairs in question when supplementary_
_allowances are requested by repair shops and the amount or extent of damages is in dispute._

**Every appraiser shall:**

(1) Conduct themselves in such a manner as to inspire public confidence by fair and honorable dealings.
(2) Approach the appraisal of damaged property without prejudice against, or favoritism toward, any party involved
in order to make fair and impartial appraisals.
(3) Disregard any efforts on the part of others to influence his judgment in the interest of the parties involved.
(4) Prepare an independent appraisal of damage.
(5) Inspect a vehicle within six working days of assignment to

21

Customer



# AUTHORIZATION FOR DAMAGE REPORT AND DISMANTLING

I _Rick Opdyke_ authorize Professionals Auto Body to prepare an damage report of repair costs and if necessary dismantle parts off my vehicle to do so. I understand that this is not an authorization to repair and is only for evaluating damages for myself or the insurance company covering the cost of repair.

Owner/Representatives Signature _[signature]_ Date _8 - 12 - 14_

Vehicle Year _12_ Make _Toyota_ Model _Camry_ Plate#_____

Professionals Auto Body will not be held responsible for items left in any vehicle either towed or driven in for estimating or repairing.

Any labor involved in dismantling or estimating must be paid before vehicle is moved from Professionals Auto Body's premises.

Vehicles towed or driven in, then deemed a total loss, or moved to another location for any reason by customer or Insurance Company may be subject to admin, lot, debris cleanup charges or estimate fees, NADA evaluations, phone calls, dealing with insurance company or its appraisers and all other services; all fees must be paid before a vehicle leaves Professionals Auto Body.

In case of a total loss Professionals Auto Body will itemize any applicable charges and submit them to your insurance company for payment on your behalf.

Outside Storage per day $35 9am-4:30pm, $40 4:30pa-9am – Inside Storage per day $50 9am-4:30pa, $70 4:30-9am

*Unpaid Balance*

# PROFESSIONALS AUTO BODY

419 E PLEASANT VALLEY BLVD, ALTOONA, PA
16602
Phone: (814) 943-7112
FAX: (814) 949-9612

## Preliminary Supplement 4 Summary

**Customer: OPDYKE, RICK**

Written By: Paula, 164279

| | | |
|---|---|---|
| Insured:          OPDYKE, RICK | Policy #: | Claim #:     C059414PA14 |
| Type of Loss: | Date of Loss: | Days to Repair:   0 |
| Point of Impact: | | |

**Owner:**
OPDYKE, RICK
5814 MARYLAND AVNEUE
ALTOONA, PA 16602
(814) 941-7584 Day

**Inspection Location:**
PROFESSIONALS AUTO BODY
419 E PLEASANT VALLEY BLVD
ALTOONA, PA 16602
Repair Facility
(814) 943-7112 Business

**Insurance Company:**
KEMPER CHOICE

## VEHICLE

| | | | | | | |
|---|---|---|---|---|---|---|
| Year: | 2012 | Body Style: | 4D SED | VIN: | 4T1BF1FK4CU545911 | Mileage In:   40038 |
| Make: | TOYO | Engine: | 4-2.5L-FI | License: | DVR3311 | Mileage Out: |
| Model: | CAMRY LE | Production Date: | 1/2012 | State: | PA | Vehicle Out: |
| Color: | RED Int: | Condition: | Excellent | Job #: | | |

**TRANSMISSION**
Automatic Transmission
Overdrive
**POWER**
Power Steering
Power Brakes
Power Windows
Power Locks
Power Mirrors
**DECOR**
Dual Mirrors
Tinted Glass
Console/Storage

Overhead Console
**CONVENIENCE**
Air Conditioning
Intermittent Wipers
Tilt Wheel
Cruise Control
Rear Defogger
Keyless Entry
Message Center
Steering Wheel Touch Controls
Telescopic Wheel
**RADIO**
AM Radio

FM Radio
Stereo
Search/Seek
CD Player
Auxiliary Audio Connection
**SAFETY**
Drivers Side Air Bag
Passenger Air Bag
Anti-Lock Brakes (4)
4 Wheel Disc Brakes
Front Side Impact Air Bags
Head/Curtain Air Bags
Hands Free Device

**SEATS**
Cloth Seats
Bucket Seats
**WHEELS**
Wheel Covers
**PAINT**
Clear Coat Paint
**OTHER**
Traction Control
Stability Control
Power Trunk/Gate Release

**Customer: OPDYKE, RICK**

Vehicle: 2012 TOYO CAMRY LE 4D SED 4-2.5L-FI RED

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Deleted Items** | | | | | | | | |
| 66 | # | S03 | DIFFERENCE IN BODY LABOR | | 1 | | 5.4 | |
| 67 | # | S03 | DIFFERENCE IN PAINT LABOR | | 1 | | | 3.2 |
| 68 | # | S03 | DIFFERENCE IN MECHANICAL LABOR | | 1 | | 0.6 M | |
| 69 | # | S03 | DIFFERENCE IN PARTS/MATERIALS | | 1 | 173.79 | | |
| **Added Items** | | | | | | | | |
| 66 | # | S04 | SUPLIMENTAL PROCESSING FEE | | 1 | 75.00 | | |
| | | | | **SUBTOTALS** | | 248.79 | 6.0 | 3.2 |

## RATE CHANGES

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Body Labor | (Est) | 20.4 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) = | 40.80 |
| Body Labor | (S02) | 0.7 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) = | 1.40 |
| Body Labor | (S03) | -5.4 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) = | -10.80 |
| Paint Labor | (Est) | 12.8 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) = | 25.60 |
| Paint Labor | (S03) | -3.2 hrs | @ | $ 2.00 /hr | ( 48.00 | to | 50.00 ) = | -6.40 |
| Mechanical Labor | (Est) | 0.6 hrs | @ | $ 72.00 /hr | ( 0.00 | to | 72.00 ) = | 43.20 |
| Mechanical Labor | (S03) | -0.6 hrs | @ | $ 72.00 /hr | ( 0.00 | to | 72.00 ) = | -43.20 |
| Paint Supplies | (Est) | 12.8 hrs | @ | $ 2.00 /hr | ( 28.00 | to | 30.00 ) = | 25.60 |
| Paint Supplies | (S03) | -3.2 hrs | @ | $ 2.00 /hr | ( 28.00 | to | 30.00 ) = | -6.40 |

## TOTALS SUMMARY

| Category | Basis | Rate | Cost $ |
|----------|-------|------|--------|
| Parts | | | 248.79 |
| Additional Supplement Labor | | | 523.80 |
| Additional Supplement Materials/Supplies | | | 115.20 |
| Subtotal | | | 887.79 |
| Sales Tax | $ 887.79  @ | 6.0000 % | 53.27 |
| **Total Supplement Amount** | | | 941.06 |
| **NET COST OF SUPPLEMENT** | | | 941.06 |

**Customer: OPDYKE, RICK**

Vehicle: 2012 TOYO CAMRY LE 4D SED 4-2.5L-FI RED

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---:|---|
| Estimate | | 3,705.88 | Paula Perretta |
| Supplement S01 | | -2,760.94 | Paula Perretta |
| Supplement S02 | | 1,495.90 | Paula Perretta |
| Supplement S03 | | 566.71 | Paula Perretta |
| Supplement S04 | | 941.06 | Paula Perretta |
| **Job Total:** | $ | **3,948.61** | |
| **CUSTOMER PAY:** | $ | **555.18** | |
| **INSURANCE PAY:** | $ | **3,393.43** | |

*You have the right to choose any repair facility to have your vehicle repaired*

THIS IS NOT AN AUTHORIZATION TO REPAIR ALTHOUGH IT IS AGREED BETWEEN THE REPAIR FACILITY AND ESURANCE THAT THE ABOVE VEHICLE CAN BE REPAIRED BY THE REPAIR FACILITY FOR THE AMOUNT STATED IN THE GROSS TOTAL SECTION. ONLY THE VEHICLE OWNER CAN AUTHORIZE THE REPAIR OF THE VEHICLE AND ALL COSTS OF REPAIR ARE THE SOLE RESPONSIBILITY OF THE VEHICLE OWNER.

THIS APPRAISAL WAS BASED ON VISIBLE OR CERTAIN DAMAGES AT THE TIME OF INSPECTION. TO REQUEST A SUPPLEMENT, PLEASE CALL (866) 514 4788. PLEASE FAX THE SUPPLEMENT AND ALL SUPPORTING DOCUMENTS WITH CLAIM NUMBER TO (866) 454 0890. THE REPAIR FACILITY AND ESURANCE WILL REACH AN AGREED PRICE PRIOR TO BEGINNING ANY OF THE SUPPLEMENTAL REPAIRS. THE REPAIR FACILITY WILL THEN SEEK AUTHORIZATION FROM THE VEHICLE OWNER FOR THE ADDITIONAL REPAIRS. NO SUPPLEMENTS WILL BE HONORED UNLESS APPROVED IN ADVANCE BY ESURANCE.

REPAIR FACILITY MUST BE PROVIDED A COPY OF THIS ESTIMATE PRIOR TO COMMENCEMENT OF REPAIR. FAILURE TO DO SO MAY SUBJECT THE VEHICLE OWNER TO ADDITIONAL EXPENSE.

## VERIFICATION

I, Ronald J. Perretta as President of Professional, Inc., verify that the statements in this Complaint are true and correct to the best of my knowledge and belief. I understand that false statements made herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

Professional, Inc., d/b/a Professionals Auto Body

By: _____
Ronald J. Perretta, President

DATED: 9/11/17



This Express Pak is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**
**UPS Worldwide Expedited℠**

...ments on thi

https://www.ups.com/uis/create?ActionOriginPair=default____PrintWindowPage&key=labelWindow&type=html&loc=en_US&instr=A&doc=shipment_16...    1/1

...emely Urgent

800-PICK-UPS® (1-800-742-5877) or visit **UPS.com®**.

---

JAMES R. HUFF, II, ESQUIRE
814-946-4316
FORR, STOKAN, HUFF, ET AL.
1701 FIFTH AVENUE
ALTOONA PA 16602

0.0 LBS    LTR    1 OF 1

SHIP TO:
KEMPER INDEPENDENCE INSURANCE CO
12926 GRAN BAY PARKWAY WEST
**JACKSONVILLE  FL 32258-4469**





**FL 322 9-04**

**UPS 2ND DAY AIR**                    **2**
TRACKING #: 1Z EA5 344 02 9069 6460



BILLING: P/P

Reference#1: Professionals



UIS 19.5.44.    WNTNV50 90.0A 07/2017