# EXHIBIT B

**Exhibit B**

The twenty-four Consolidated Actions are as follows:

(1) *A&E Auto Body, Inc., et al. v. 21st Century Centennial Ins. Co., et al.,*
No. 6:14-CV-00310 (M.D. Fla.)

(2) *Capitol Body Shop, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-CV-6000 (M.D. Fla.)

(3) *Indiana Auto Body Ass'n, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-CV-6001 (M.D. Fla.)

(4) *Brewer Body Shop, LLC, et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-CV-6002 (M.D. Fla.)

(5) *Alpine Straightening Sys., Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06003 (M.D. Fla.)

(6) *Parker Auto Body Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06004 (M.D. Fla.)

(7) *Southern Collision & Restoration, LLC v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06005 (M.D. Fla.)

(8) *Legends Collision, LLC, et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06006 (M.D. Fla.)

(9) *Rodenhouse Body Shop, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06007 (M.D. Fla.)

(10) *Alliance of Auto. Service Providers, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06008 (M.D. Fla.)

(11) *The Only One, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06009 (M.D. Fla.)

(12) *Pacific Coast Auto Body, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06010 (M.D. Fla.)

(13) *Kallemeyn Collision Center Inc. et al. v. 21st Century Centennial Ins. Co., et al.*,
No. 6:14-cv-06011 (M.D. Fla.)

(14) *Quality Auto Painting Center of Roselle, Inc. v. State Farm Indemnity Co., et al.*,
No. 6:14-cv-06012 (M.D. Fla.)

(15) *Ultimate Collision Repair, Inc. v. State Farm Indemnity Co., et al.*,
No. 6:14-cv-06013 (M.D. Fla.)

(16) *Lief's Auto Collision Centers LLC v. State Farm Mut. Auto. Ins. Co. of Oregon, et al.*,
No. 6:14-cv-06014 (M.D. Fla.)

(17) *Haury's Auto Body, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06015 (M.D. Fla.)

(18) *Crawford's Auto Center, Inc. et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06016 (M.D. Fla.)

(19) *State of Louisiana, et al. v. State Farm Fire and Casualty Co., et al.*,
No. 6:14-cv-06017 (M.D. Fla.)

(20) *Campbell County Auto Body, Inc. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06018 (M.D. Fla.)

(21) *Lee Pappas Body Shop, Inc., et al. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06019 (M.D. Fla.)

(22) *Alliance of Automotive Service Providers, Inc. et al. v. Erie Insurance Exchange et al.*,
No. 6:14-cv-06020 (M.D. Fla.)

(23) *Main Paint & Body v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06021 (M.D. Fla.)

(24) *Concord Auto Body, Inc. v. State Farm Mut. Auto. Ins. Co., et al.*,
No. 6:14-cv-06022 (M.D. Fla.)